IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

D[efendants]

Civil Action No.

Case: 1:24-cv-00295 JURY DEMAND
Assigned To : Friedrich, Dabney L.
Assign. Date : 1/5/2024
Description: Pro Se Gen. Civ. (F-DECK)

The Court construes the movants' filing as a Motion for Leave to File and a Motion to Join. The Motion for Leave to File is GRANTED. The movants are directed to serve the Motion to Join on the defendants, and the defendants shall file any opposition within 14 days of service of this filing. Signed by Judge Dabney L. Friedrich on February 5, 2024. (lcdlf2)

Dabney L. Friedrich

## ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT

1. I William Robert Norwood make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:
William Robert Norwood
675439748BEA4F9...

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDWARD JACOB LANG<br>Post Office Box 485<br>Narrowsburg, NY 12764<br><br>Et al.<br>Plaintiffs,<br><br>v.<br><br>SARGEANT DANIEL THAU,<br>Metropolitan Police Department<br>441 4th Street, NW, 7th Floor<br>Washington, DC 20001<br><br>Et al.<br>Defendants. | Civil Action No.<br><br>____________________ |

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I ____________Ronald Palentchar____________ make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own psychological and chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

Ronald Palentchar

Authentisign
Ronald Palentchar 01/08/24

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Mark Middleton make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5.     I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024                                    Respectfully submitted,

                                                                  Mark Middleton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. __________

**SWORN DECLARATION OF INDIVIDUAL
STATEMENT OF FACTS of Plaintiff
DONALD HAZARD**

I, the undersigned, hereby declare under oath and penalty of perjury, and hereby state in writing as follows:

1. My name is Mark Middleton.

2. I am legally competent to make this affidavit. I am over the age of 18 years old.

3. I make this affidavit from personal, first-hand knowledge except where I explicitly identify another basis for my understanding, knowledge, and belief.

4. I make this affidavit under the laws of the United States of America within its territory.

5. I join in this lawsuit and adopt the substance and content of this Complaint as my own suit, and I provide these further details of my personal situation.

6. On January 6th of 2021 I, Mark Middleton, attended President Trump's speech in

Washington DC.

7. Near the conclusion of his speech I then proceeded to the US Capitol building to peacefully protest.

8. Upon arriving to the property I came to a barricade on the capitol steps. At that barricade I was violated by Metro PD officers being extremely violent and aggressive toward the crowd.

9. They were using various tactics against the crowd such as mace, rubber bullets, tear gas, flash bang grenades, and stun grenades.

10. I also was attacked by officers beating us with their police batons as well as grabbing us and trying to pull us over the barricade.

11. I had multiple grenades go off in close proximity to me.

12. I was grabbed and struck by multiple MPD and never given clear instructions on what I did to upset them, or given instructions as to what they wanted me to do. I was given no opportunity to retreat as they were holding me against the barricades while beating me.

13. They sprayed me in the face with mace rendering me completely blind.

14. Other protesters in the crowd beat the officers with flag poles to get them to release me while the protesters pulled me back from their grip, and took me to safety where I was able to rinse my eyes with bottled water and recover from the mace that temporarily blinded me.

15. From there I left the Capitol building and returned to our hotel where we stayed rest of the night.

16. On that day I witnessed what I would call police brutality by some of the Metro PD toward those of us in the crowd who intended to peacefully protest.

17. I, Jalise Middleton, swear by these statements as accurate and truthful to the best of my knowledge and belief.

18.    Not being a lawyer, I cannot swear under oath to legal procedures, laws, or legal conclusions, which I believe to be correct, but I swear only to the facts as I witnessed them.

Dated: January 8, 2024

Respectfully submitted,

Mark Middleton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ______________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Jalise Middleton make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

Jalise Middleton

[If applicable]
By Power of Attorney:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. __________

**SWORN DECLARATION OF INDIVIDUAL**
**STATEMENT OF FACTS of Plaintiff**
**DONALD HAZARD**

I, the undersigned, hereby declare under oath and penalty of perjury, and hereby state in writing as follows:

1. My name is Jalise Middleton.

2. I am legally competent to make this affidavit. I am over the age of 18 years old.

3. I make this affidavit from personal, first-hand knowledge except where I explicitly identify another basis for my understanding, knowledge, and belief.

4. I make this affidavit under the laws of the United States of America within its territory.

5. I join in this lawsuit and adopt the substance and content of this Complaint as my own suit, and I provide these further details of my personal situation.

6. On January 6th of 2021 I, Jalise Middleton, attended President Trump's speech in

Washington DC.

7.      Near the conclusion of his speech I then proceeded to the US Capitol building to peacefully protest.

8.      Upon arriving to the property I came to a barricade on the capitol steps. At that barricade I was violated by Metro PD officers being extremely violent and aggressive toward the crowd.

9.      They were using various tactics against the crowd such as mace, rubber bullets, tear gas, flash bang grenades, and stun grenades.

10.     I also was attacked by officers beating us with their police batons as well as grabbing us and trying to pull us over the barricade.

11.     I had multiple grenades go off in close proximity to me.

12.     I was grabbed and struck by multiple MPD and never given clear instructions on what I did to upset them, or given instructions as to what they wanted me to do. I was given no opportunity to retreat as they were holding me against the barricades while beating me.

13.     They sprayed me in the face with mace rendering me completely blind.

14.     Other protesters in the crowd beat the officers with flag poles to get them to release me while the protesters pulled me back from their grip, and took me to safety where I was able to rinse my eyes with bottled water and recover from the mace that temporarily blinded me.

15.     From there I left the Capitol building and returned to our hotel where we stayed rest of the night.

16.     On that day I witnessed what I would call police brutality by some of the Metro PD toward those of us in the crowd who intended to peacefully protest.

17.     I, Jalise Middleton, swear by these statements as accurate and truthful to the best of my knowledge and belief.

18. Not being a lawyer, I cannot swear under oath to legal procedures, laws, or legal conclusions, which I believe to be correct, but I swear only to the facts as I witnessed them.

Dated: January 8, 2024

Respectfully submitted,

Jalise Middleton

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No.

______________________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Nathan DeGrave make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

DocuSign Envelope ID: A0669F69-5EDE-451D-A723-5DD149A708B1

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:
Nathan DeGrave
DEC5D4104D544EA...

[If applicable]
By Power of Attorney:

DocuSign Envelope ID: 64B7B6D4-4E65-4A8D-9632-86E51C920B0C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Nancy Eloise Singletary make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

DocuSign Envelope ID: 64B7B6D4-4E65-4A8D-9632-86E51C920B0C

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:
Nancy Eloise Singletary
0DD7BED1B96245D...

[If applicable]
By Power of Attorney:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No.

______________

## ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT

1. I Robert William DeGregoris make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

Scanned with CamScanner

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

[If applicable]
By Power of Attorney:

Scanned with CamScanner

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Alaina Trocano make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:

313AE09ECAEC49B...

[If applicable]
By Power of Attorney:

January 8th, 2024

Alaina Trocano
alaina.trocano@gmail.com

**DECLARATION**
Statement of Facts

I, Alaina Trocano, am stating the following facts:

- I am a citizen of the United States and currently reside in the state of Florida.
- I have a medical history of an autoimmune disease; rheumatoid arthritis.
- I was diagnosed with PTSD after January 6th, 2021.
- I am a flight attendant for a major airline.
- My previous work history includes being a paramedic.
- I have never been arrested.
- I traveled to Washington D.C. to support the sitting president, Donald J. Trump and to hear what he had to say.
- Prior to January 6th 2021, I had the knowledge that protest permits were granted, thus protecting my first amendment rights.
- I saw no barricades, signage or fencing on or around Capitol grounds.
- I saw no EMS except for an unmanned bus marked only with 'MASS CASUALTY INCIDENT' on my way back to the hotel.
- I did not hear or receive any announcements or warnings regarding trespassing, dispersing or leaving Capitol grounds.
- I did not receive any information on if the streets were safe.
- I heard loud bangs and could smell sulfur.
- I was fearful of a stampede or similar danger with no where safe to go and equally as fearful of the journey back through the crowd and the journey to my hotel, especially with the inability to run or defend myself due to my rheumatoid arthritis.
- I was visited by the FBI and cleared of any and all wrongdoing within minutes.
- I have suffered immensely because of this day. I have lost relationships, had to take time off of work, I am constantly afraid, I suffer from nightmares, brain fog and I have had to defend myself from coworkers and my airline by filing a lawsuit.

I am not an expert in law however, I do know right from wrong. I hereby and herein reserve the right to amend and make amendments to this document as necessary, in order that the truth may be ascertained, and proceedings justly determined.

My autograph verifies that I Alaina Trocano, a woman, have personal knowledge of the facts that all herein be true.

In Liberty,

Alaina Trocano
Without Prejudice

Scanned with CamScanner

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No.

____________________

## ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT

1. I ERNESTO MARTINEZ JR. make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5.      I am suing because some members of the Washington, D.C. Metropolitan Police

Department and a very few members of the U.S. Capitol Police Department initiated excessive

use of force and violence, and I and others were injured psychologically, physically, or

chemically by the Defendants and not as part of actions initiated by the Plaintiff.


Dated: January 8, 2024                          Respectfully submitted,


                                                [If applicable]
                                                By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Erik Scott Warner make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:
Erik Scott Warner
68025D1C53854B2...

[If applicable]
By Power of Attorney:

DocuSigned by:
Erik Scott Warner
68025D1C53854B2...

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I George Pierre Tanios make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

______________________

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Elias Costianes make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:
Elias Costianes
1BA4B8CC457A4E7...

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ______________

## ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT

1. I Derek Kinnison make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

RECEIVED
Mail Room
JAN 09 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:

7AB13F71B3B4478...

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

## ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT

1. I Couy Griffin make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:

8ACBFABF804F47C...

[If applicable]
By Power of Attorney:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

## ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT

1. I William F Beals II make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:

[signature]

0DAEFDC9017943E...

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

## ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT

1. I Treniss Evans make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:

Travis Evans

BC3EF46C1F9146F...

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CLERK
U.S. DISTRICT & BANKRUPTCY
COURTS FOR DC
VOID
RECEIVED

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No.
______________

## ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT

1. I Tanlui Ip make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:
[signature]
B447D373FCAB490...

[If applicable]
By Power of Attorney:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2024 JAN -9 A 12:41
RECEIVED

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Sean Henry make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:
688310C9E60F4FA...

[If applicable]
By Power of Attorney:

DocuSigned by:
688310C9E60F4FA...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2024 JAN -9 AM 11:41
RECEIVED

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Scott Fairlamb make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

RECEIVED
Mail Room
JAN 04 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:

B451BB170A37408...

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2024 JAN -9 A 12: 41
RECEIVED

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Trevor Andrew Brown make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

______________________________

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHELLE HELMINEN
Post Office Box 9120
Chelsea, Massachusetts [03461]

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I MICHELLE HELMINEN make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police

Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No.

______________________

**SWORN DECLARATION OF INDIVIDUAL**
**STATEMENT OF FACTS of Plaintiff**
**MICHELLE HELMINEN**

I, the undersigned, hereby declare under oath and penalty of perjury, and hereby state in writing as follows:

1. My name is MICHELLE HELMINEN.

2. I am legally competent to make this affidavit. I am over the age of 18 years old.

3. I make this affidavit from personal, first-hand knowledge except where I explicitly identify another basis for my understanding, knowledge, and belief.

4. I make this affidavit under the laws of the United States of America within its territory.

5. I join in this lawsuit and adopt the substance and content of this Complaint as

my own suit, and I provide these further details of my personal situation.

6. On January 6th of 2021 I, MICHELLE HELMINEN, attended President Trump's speech in Washington DC.

7. I arrived at the President's speech early in the day and was surprised at how quiet the whole city in that area was. There were people dressed in plain clothes standing at various distances from one another handing out books for free when I arrived on Pennsylvania Ave NW near Pershing Park. After thumbing through the book I was given by one of them, it was clear it was a book intended to deter the reader from Republican views, and it appeared to me that the people handing out the stacks of books were coordinating with one another as I saw them talking across the street to one another about if they had given books to a couple of different groups of people who were walking towards the Ellipse. There wasn't any traffic on the streets in that area of Washington DC from what I could see, and throughout the day, more and more people arrived on foot near the monuments and Ellipse. The grassy ground near the Washington Monument and Ellipse were wet and slightly muddy that day.

8. After President Trump's speech where he told us to 'peacefully and patriotically' walk towards the Capitol building, I left the area of the Washington Monument and walked down Constitution Avenue to the US Capitol. During the walk, I observed many people singing Patriotic songs, and hymns. Once I got closer towards the Capitol building, I observed a gathering of people on the south side of the street on the sidewalk near the National Gallery of Art holding up very large, graphic posters of aborted babies and/or babies in the process of being aborted. I was confused about why those people were doing that because it appeared to me that they

were attempting to intentionally incite anger in the people walking by, as many of the men and women walking towards the Capitol were wearing Trump merchandise clothing, and I heard many of the people walking speak upon seeing the images saying they (already) believed abortion is wrong. I didn't understand why this group would be holding up these extremely graphic posters to a group who already opposed abortion.

9.      I was one of the first people to arrive at the Capitol, and was surprised the lawn was clear to walk up to the building. I observed people dressed as police officers showing other pedestrians where the stairs were and where to go to get into the Capitol entrance near the north side of the building going away from the steps, including using arm gestures as though inviting people closer and into the building. I stood on the northwest side of the Capitol near the area of the Peace Monument. I stayed in this area and prayed with a group of people, and observed other groups praying including someone leading a prayer behind me somewhere through a megaphone.

10.     I believed the many hundreds of thousands of us who were there were exercising our right of remonstrance, to our legislature, afforded to us in the Bill of Rights. It was my experience that my elected legislators were not representing my wishes, the wishes of many of the people I know and had spoken to, and my past efforts of trying to remind our elected officials that they are supposed to be representing the voices of the American men and women who voted them into their offices they held, had all appeared to have fallen on deaf ears. One example of this was the many letters I sent to Senators and Representatives in my state asking them to

advocate and vote against the Medicare reimbursement cuts. Many months after sending these letters, I received a response back from one of the Senator's offices addressed to me thanking me for my letter regarding the Opioid epidemic. I never once mentioned anything about Opioids in my letter. Another example has been the 90 plus years we've waited for an action on Congressman Louis T. McFadden's petition for Articles of Impeachment he brought to Congress on May 23, 1933 which were referred to the Judiciary Committee and has YET TO BE ACTED ON.

11. On this day in Washington DC, in January of 2021, the President of the Senate was going to be making a decision, and I wanted him to hear the hundreds of thousands of American men and women singing outside of the US Capitol building in the street to remind him, and all of the Senators and elected officials within our republic, whose voices they represent and who they work for. I observed Capitol Police officers, DC Metro Police officers and other unknown people interfering with, obstructing, and preventing me, and many others from exercising my and our right of remonstrance, our right to peaceably assemble, and other rights.

12. As I was walking around E Capitol Circle, I noticed a couple pieces of portable fences near the sidewalk with gaps in them, but the rest of the grass area between the sidewalk and the Capitol building were wide open with some of the same portable metal fences up by the bottom of the stairs of the Capitol building. There, I observed people dressed in Riot Gear with batons walking around both sides of the fences as they appeared to be waiting for the crowd to approach them. As the crowd approached them, I saw and heard a man yell "wait I have to get my shot" and saw him take what appeared to be several photos with his cell phone of people in Trump

merchandise clothing on the west side of the portable metal fence with police on the east side of the same fence. When the man stopped standing with his phone up in the air as though he were taking several photos in a row, the people in Trump clothing near the fence walked away from the fence a bit and stood near the fence for awhile making relaxed arm gestures. It appeared to me that the people on each side of the fence were talking to one another for awhile.

13.     As more people started trickling into the Capitol building area, I started hearing loud booming sounds and saw flashes of yellow smoke fill the air coming from the area between the scaffolding and stairs of the Capitol building. Throughout the day, this loud canon-like boom became a frequent and common noise that I heard. Most of the people around me, and that I saw, appeared to be Trump supporters who looked more to me like they were going to an outdoor family reunion than to a protest. Many were still singing or praying outside of the US Capitol, and many were smiling and appeared to be enjoying the cold, overcast day, after having the experience of seeing the President of the United States of America in person near the Ellipse shortly before.

14.     At first, the canon booms seemed festive to me, but I was concerned about the pungent chemical smell and taste that started coating my tongue as the day continued on and the yellow haze of smoke kept filling the air with each boom. During the gathering at the Capitol building, I saw a large group of Metro DC Police officers arrive at the Capitol in the area near the intersection of E Capitol Circle and New Jersey Ave NW and Delaware Ave NE. They were wearing and dressing into Riot Gear and started marching through the crowd.

15. After awhile, I heard people in the crowd saying that there's help needed at the front – pointing towards the bottom of the stairs of the Capitol building and I heard people saying that the police were hitting people with their batons. A group of men walked briskly past me, as though they were on a mission, and I was bumped by and startled by one of them. In the moment, I instinctively felt the need to tell these men to be "good Christian men up there" as they traveled towards the front because I was alarmed by how tactically they moved through the crowd and went straight to the front at the Capitol.

16. The Capitol & DC Police threw and/or shot gas grenades and flash bang munitions into the crowd of static protestors tens to hundreds of times that day. They did not give any warning or dispersal order before they started this assault, and I didn't even know at first if the noise coming from the front was a celebration or what was happening because the majority of the crowd was static for the majority of the time that I was there. I was still surprised by how quiet the environment was apart from the canon-like booms before the flash bangs started. I began wondering if I needed to be worried about any of my future babies having birth defects if I'm breathing in yellow gas for several hours as the haze lingered on and started feeling like it was burning my skin on my face, my throat, and eyes. I didn't know if it was tear gas, or what kind of gas it was but it was a yellow color when it came out. I started scraping it off of my tongue because it felt like it was coating my air passages, and clumps of discolored yellow/white/gray residue came off of my tongue the several times that I did this.

17. After the DC Metro Police arrived, it appeared that the commotion towards

the front became much louder and more intense. It became obvious at this point that the police were beating the men and women in front of me with their batons, and more flashing and banging noises started going off into the crowd. The whole area started to feel more like a war zone despite the majority of the crowd remaining in the street, not fighting anyone, and several people leaving the area. I was again confused about why the police were hitting people because they had just been inviting everyone into the Capitol building earlier. Many of the men and women in Trump gear that I saw, including going towards the front where the base of the stairs to the US Capitol were, were broadcasting to one another to just stand in peace. I heard many saying things like "we support the Blue."

18.     I was grateful I hadn't adhered to one Police officer's gestures of welcoming me in towards the capitol building because it appeared to me that one of their superior officers or someone must have changed their minds and told the Police to stop letting people in and/or stop them from coming towards the Capitol with such an abrupt change in their behavior towards us. I observed as many people remained standing at a distance horrorstuck at what was happening in front of them. It became obvious to me that I would face imminent harm by remaining in the vicinity of the Capitol, and I felt unsafe not knowing who the peace officers were anymore observing the startling behavior and acts of violence perpetrated against the men and women in front of me by people who came out of police vehicles and were wearing uniformed clothing with weapons.

19.     On that day I witnessed what I would call police brutality by some of the US Capitol Police toward those of us in the crowd who intended to peacefully protest.

20. I, Michelle Helminen, swear by these statements as accurate and truthful to the best of my knowledge and belief.

21. Not being a lawyer, I cannot swear under oath to legal procedures, laws, or legal conclusions, which I believe to be correct, but I swear only to the facts as I witnessed them.

Dated: January 8, 2024

Respectfully submitted,

MICHELLE HELMINEN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________________

## ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT

1. I Brittany Perkins make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:
[signature]
019F7DC85F9A46E...

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No.

______________

## ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT

1. I Albuquerque head make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:
F9C2828335314DE...

[If applicable]
By Power of Attorney:

DocuSigned by:
F9C2828335314DE...

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Angel R Harrelson make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:
Angel R Harrelson
DA1FC7DCFE864D6...

[If applicable]
By Power of Attorney:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2024 JAN -9 A 12:41
RECEIVED

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Luke Coffee make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

RECEIVED
Mail Room
JAN 09 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:

2A7D003B25C3475...

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Daniel Michael Morrissey make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:

64DF4840525C4D5...

[If applicable]
By Power of Attorney:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG
Post Office Box 485
Narrowsburg, NY 12764

Et al.

Plaintiffs,

v.

SARGEANT DANIEL THAU,
Metropolitan Police Department
441 4th Street, NW, 7th Floor
Washington, DC 20001

Et al.

Defendants.

Civil Action No. ____________________

**ADDITIONAL PLAINTIFF JOINING IN THE COMPLAINT**

1. I Derek Kinnison make my claim as an additional Plaintiff against the Defendants as alleged in the Complaint, by joining in the allegations and claims and demands for relief of the common Complaint.

2. I am suing for my own physical injuries and/or chemical gas injuries *pro se* without a lawyer, and I do not speak for or represent any of the other Plaintiffs, and none of the other Plaintiffs speak for me.

3. However, I join the common Complaint to meet the expected statute of limitations deadline and because filing individual Complaints that are nearly the same would not be efficient and would be confusing and unnecessary extra work.

4. I understand that I can hire an attorney to pursue my claims and my lawyer may be able to amend my own individual Complaint.

5. I am suing because some members of the Washington, D.C. Metropolitan Police Department and a very few members of the U.S. Capitol Police Department initiated excessive use of force and violence, and I and others were injured psychologically, physically, or chemically by the Defendants and not as part of actions initiated by the Plaintiff.

Dated: January 8, 2024

Respectfully submitted,

DocuSigned by:

7AB13F71B3B4478...

[If applicable]
By Power of Attorney: