# EXHIBIT 1

## PROOFS OF SERVICE

**Field Sheet**     *TORRI'S LEGAL SERVICES*     **70601**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

Priority:   **RUSH**

**SERVE TO: Michael Leroy Byrd**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC     District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                 WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual    Substitute    Post    Non-service    Corporate    Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY    **MARITAL STATUS:** [ ] MARRIED [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the   .

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Michael Leroy Byrd
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Michael Leroy Byrd

was received by me on *(date)*   4/4/2024   .

☐  I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

,  a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)*                                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                          ; or

☒  I returned the summons unexecuted because                                                    ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $                 for travel and $                 for services, for a total of $                 .

I declare under penalty of perjury that this information is true.

Date:      4/4/2024                                                    _____
                                                                                    *Server's signature*

                                                            Mike Lievano, Process Server
                                                            *Printed name and title*

                                                            P.O. Box 18647, Washington, DC  20036
                                                            *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70602**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Priority: **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Bryant Williams**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                      WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Bryant Williams
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Bryant Williams

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m. Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024

_____
*Server's signature*

Mike Lievano, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

## Field Sheet

### TORRI'S LEGAL SERVICES

**70604**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

**Priority:** **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Yogananda Pittman**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As** ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____  Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:24-cv-00295-DLF <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

       Yogananda Pittman
       United States Capitol Police
       119 D Street, NE
       Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Stefanie L. Lambert, Esq.
       400 Renaissance Ctr., Fl. 26
       Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

            /s/ Michele M. Grady

            *Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Yogananda Pittman

was received by me on *(date)*    4/4/2024    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*    Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024    _____

Server's signature

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70605**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Thomas Loyd**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)      Individual        Substitute        Post      Non-service      Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas Loyd
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Thomas Loyd

was received by me on *(date)*    4/4/2024    .

☐  I personally served the summons on the individual at *(place)*

on *(date)*                     ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

                        , a person of suitable age and discretion who resides there,

on *(date)*                     , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)*                                                  , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                     ; or

☒  I returned the summons unexecuted because                                          ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $                 for travel and $                 for services, for a total of $                 .

I declare under penalty of perjury that this information is true.

Date:      4/4/2024

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70606**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

**Priority:** **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: James W. Joyce**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal  ☐ Substitute  ☐ Corporate  ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:**  [ ] MARRIED   [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James W. Joyce
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   James W. Joyce

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):* Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused. They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024

_____
*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

# Field Sheet

## *TORRI'S LEGAL SERVICES* **70607**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: United States Capitol Police**

c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530

**Service Instrns:** PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris

**Court:** DC USDC         District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal    ☐ Substitute    ☐ Corporate    ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                   WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24   Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY    **MARITAL STATUS:** [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____    United States Capitol Police_____

was received by me on *(date)*    4/4/2024                 .

☐  I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC 20530 on 4/4/2024 at 3:20 p.m. Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024                _____
                                         *Server's signature*

                                  Mike Lievano, Process Server
                                  *Printed name and title*

                                  P.O. Box 18647, Washington, DC 20036
                                  *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70608**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By:** **04/04/2024**

Date received: 4/4/2024   Client File #

**Priority:** **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Thomas A. Dibiase**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC        District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual       Substitute       Post       Non-service       Corporate       Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al.,<br><br><br><br>*Plaintiff(s)*<br>v.<br>Sargeant Daniel Thau et al.<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-00295-DLF<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas A. Dibiase
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* .Thomas A. Dibiase

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)*  _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)*  _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)*  _____   ; or

☒ I returned the summons unexecuted because _____   ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC 20530 on 4/4/2024 at 3:20 p.m. Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  _____4/4/2024_____        _____
                                                        *Server's signature*

                                                Mike Lievano, Process Server
                                                *Printed name and title*

                                                P.O. Box 18647, Washington, DC  20036
                                                *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70609**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: J. Thomas Manger**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As** ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> J. Thomas Manger
> United States Capitol Police
> 119 D Street, NE
> Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*　　.　J. Thomas Manger

was received by me on *(date)*　4/4/2024　　.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:　　4/4/2024　　　　　　_____

*Server's signature*

Mike Lievano, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC  20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70610**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**Priority:** **RUSH**

**SERVE TO: Eric Waldo**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As** ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:** [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Eric Waldo
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Eric Waldo

was received by me on *(date)*   4/4/2024          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____,        , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                         , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____4/4/24_____          _____
                                                              *Server's signature*

                                              _Mike Lievano, Process Server_
                                                        *Printed name and title*

                                              _P.O. Box 18647, Washington, DC  20036_
                                                        *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

### 70669

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By:** 04/04/2024

Date received: 4/5/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: The District of Columbia**

**Priority:** **RUSH**

c/o United States Attorney General, 950 Pennsylvania Avenue, Washington, DC 20510

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District

**Court Case #:** 1:24-CV-00295-DLF

**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                   WHAT OCCURRED

1.) _____

2.) _____

3.) _____

Type of service: (circle)    Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex:  M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:** [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) Civil Action No. 1:24-cv-00295-DLF |
| Sergeant Daniel Thau et al. | ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> The District of Columbia
> 441 Fourth Street, N.W.
> Washington DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 4/3/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      The District of Columbia

was received by me on *(date)*   4/4/2024               .

☐  I personally served the summons on the individual at *(place)* _____

_____      on *(date)* _____      ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____,_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____      on *(date)* _____      ; or

☒  I returned the summons unexecuted because _____      ; or

Other *(specify):*   Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024

_____
*Server's signature*

Mike Lievano, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70601**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**Priority:**   **RUSH**

**SERVE TO: Michael Leroy Byrd**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                              WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual       Substitute       Post     Non-service      Corporate         Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [   ] NOT IN MILITARY [   ] IN MILITARY   **MARITAL STATUS:**  [   ] MARRIED  [   ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the    .

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br>*Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Michael Leroy Byrd
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Michael Leroy Byrd

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

       on *(date)*       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

      , a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*      , who is

designated by law to accept service of process on behalf of *(name of organization)*

       on *(date)*       ; or

☒ I returned the summons unexecuted because       ; or

Other *(specify)*:  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $      for travel and $      for services, for a total of $      .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024

                        *Server's signature*

                     Mike Lievano, Process Server
                        *Printed name and title*

              P.O. Box 18647, Washington, DC  20036
                        *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70602**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Bryant Williams**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual       Substitute       Post       Non-service       Corporate       Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bryant Williams
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Bryant Williams

was received by me on *(date)*    4/4/2024        .

☐ I personally served the summons on the individual at *(place)*

_____    on *(date)*    _____    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____,    _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____    on *(date)*    _____    ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m. Service was refused. They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024        _____

*Server's signature*

Mike Lievano, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

## Field Sheet
### *TORRI'S LEGAL SERVICES* **70604**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**                                              Priority: **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Yogananda Pittman**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )   Civil Action No.   1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Yogananda Pittman
> United States Capitol Police
> 119 D Street, NE
> Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Yogananda Pittman

was received by me on *(date)*    4/4/2024    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024    _____
                                          *Server's signature*

                                          Mike Lievano, Process Server
                                          *Printed name and title*

                                          P.O. Box 18647, Washington, DC  20036
                                          *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70605**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024    Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Thomas Loyd**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY    **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Thomas Loyd
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ . ___Thomas Loyd_____

was received by me on *(date)*  4/4/2024 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):* Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused. They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ____4/4/2024____         _____

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70606**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

Serve By: **04/04/2024**

Priority: **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: James W. Joyce**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:**  [ ] MARRIED   [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

Edward Jacob Lang et al.,

　　　　　　　　　　　　*Plaintiff(s)*

v.

Sargeant Daniel Thau et al.

　　　　　　　　　　　　*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

　　　　James W. Joyce
　　　　United States Capitol Police
　　　　119 D Street, NE
　　　　Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　Stefanie L. Lambert, Esq.
　　　　400 Renaissance Ctr., Fl. 26
　　　　Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:　4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   James W. Joyce

was received by me on *(date)*   4/4/2024   .

☐  I personally served the summons on the individual at *(place)*

on *(date)*   ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*   , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)*   , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*   ; or

☒  I returned the summons unexecuted because   ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $   for travel and $   for services, for a total of $   .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

**Field Sheet**     *TORRI'S LEGAL SERVICES*    **70607**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**                     **Priority: RUSH**

Date received: 4/4/2024   Client File #
Assigned to:   Mike Lievano
**SERVE TO: United States Capitol Police**

c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC      District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**   ☐ Personal    ☐ Substitute    ☐ Corporate    ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                  WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual    Substitute    Post    Non-service    Corporate    Government

Served: Date:____/____/24   Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F   Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N   Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY    **MARITAL STATUS:** [ ] MARRIED [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      .      United States Capitol Police

was received by me on *(date)*   4/4/2024      .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify)*:  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024      _____      _____
                                                              *Server's signature*

                                                              Mike Lievano, Process Server
                                                              *Printed name and title*

                                                              P.O. Box 18647, Washington, DC  20036
                                                              *Server's address*

Additional information regarding attempted service, etc:


Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70608**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

**Priority:** **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Thomas A. Dibiase**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Edward Jacob Lang et al.,

)
)
)
)
)

*Plaintiff(s)*

v.

Sargeant Daniel Thau et al.

)
)
)
)
)
)
)

Civil Action No.  1:24-cv-00295-DLF

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas A. Dibiase
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     .Thomas A. Dibiase

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify)*:  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024   _____
                                        *Server's signature*

                            Mike Lievano, Process Server
                            _____
                                        *Printed name and title*

                            P.O. Box 18647, Washington, DC  20036
                            _____
                                        *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet          *TORRI'S LEGAL SERVICES*          **70609**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**                                                                 Priority: **RUSH**

Date received: 4/4/2024  Client File #

Assigned to:   Mike Lievano

**SERVE TO: J. Thomas Manger**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual       Substitute       Post       Non-service       Corporate       Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**   [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

J. Thomas Manger
United States Capitol Police
119 D Street, NE
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date: 4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      J. Thomas Manger

was received by me on *(date)*    4/4/2024              .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                          , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:     4/4/2024              _____    _____
                                                         *Server's signature*

                                                         Mike Lievano, Process Server
                                                         *Printed name and title*

                                                         P.O. Box 18647, Washington, DC  20036
                                                         *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet    *TORRI'S LEGAL SERVICES*    **70610**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**                                              Priority: **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Eric Waldo**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC       District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As**   ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

---

SERVICE ATTEMPTS:
DATE/TIME                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual       Substitute       Post       Non-service       Corporate       Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:** [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  1:24-cv-00295-DLF <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Eric Waldo
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Eric Waldo

was received by me on *(date)*   4/4/2024          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m. Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/24

_____
*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## *TORRI'S LEGAL SERVICES* 70669

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

**Priority: RUSH**

Date received: 4/5/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: The District of Columbia**

c/o United States Attorney General, 950 Pennsylvania Avenue, Washington, DC 20510

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC         District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.) _____

2.) _____

3.) _____

Type of service: (circle)    Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex:  M  /  F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

|  |  |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

      The District of Columbia
      441 Fourth Street, N.W.
      Washington DC 20001

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Stefanie L. Lambert, Esq.
      400 Renaissance Ctr., Fl. 26
      Detroit, MI 48243-1502

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date:   4/3/2024

             /s/ Michele M. Grady
             _Signature of Clerk or Deputy Clerk_

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___The District of Columbia___

was received by me on *(date)* ___4/4/2024___ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused. They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   ___4/4/2024___         _____
                                                             *Server's signature*

                                        ___Mike Lievano, Process Server___
                                                        *Printed name and title*

                                        ___P.O. Box 18647, Washington, DC  20036___
                                                              *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

# Field Sheet     *TORRI'S LEGAL SERVICES*     **70629**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**                                           Priority:  **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Michael Leroy Byrd**

United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:___:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:_____

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY    **MARITAL STATUS:** [ ] MARRIED  [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  1:24-cv-00295-DLF <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Michael Leroy Byrd
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   _____ Michael Leroy Byrd _____

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*   _____

_____   on *(date)*   _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ ,   _____ , a person of suitable age and discretion who resides there,

on *(date)*   _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   _____   , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)*   _____   ; or

☒ I returned the summons unexecuted because   _____   ; or

Other *(specify):*   Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $   _____   for travel and $   _____   for services, for a total of $   _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024   _____

_____
*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## *TORRI'S LEGAL SERVICES*

**70630**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**Priority:** **RUSH**

**SERVE TO: Bryant Williams**

United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC        District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                             WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br>*Plaintiff(s)*<br>v.<br><br>Sargeant Daniel Thau et al.<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:24-cv-00295-DLF<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Bryant Williams
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Bryant Williams

was received by me on *(date)*   4/4/2024      .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024      _____

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70631**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

**Priority:** **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Yogananda Pittman**

United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          **District**
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                      WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:**  [ ] MARRIED  [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Edward Jacob Lang et al.,

*Plaintiff(s)*

v.

Sargeant Daniel Thau et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Yogananda Pittman
United States Capitol Police
119 D Street, NE
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Yogananda Pittman

was received by me on *(date)*    4/4/2024    .

☐ I personally served the summons on the individual at *(place)*

_____    on *(date)*    _____    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)*    _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____    on *(date)*    _____    ; or

☒ I returned the summons unexecuted because    _____    ; or

Other *(specify)*:    Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $    _____    for travel and $    _____    for services, for a total of $    _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024    _____

_____
*Server's signature*

Mike Lievano, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70632**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Thomas Loyd**

Priority: **RUSH**

United States Capital Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining In The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                           WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____  Sex: M / F  Age:_____  Height:_____  Weight:_____  Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Thomas Loyd
United States Capitol Police
119 D Street, NE
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date: 4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____Thomas Loyd_____

was received by me on *(date)* __4/4/2024__ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*   Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.

Date: ____4/4/2024____          _____
                                *Server's signature*

                          _____Mike Lievano, Process Server_____
                                *Printed name and title*

                          _____P.O. Box 18647, Washington, DC  20036_____
                                *Server's address*


Additional information regarding attempted service, etc:


Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

## 70633

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024  Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: James W. Joyce**

United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**   [ ] Personal    [ ] Substitute    [ ] Corporate    [ ] Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex:  M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>Sargeant Daniel Thau et al. )<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> James W. Joyce
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* _____ James W. Joyce _____

was received by me on *(date)*   4/4/2024 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ____ 4/4/2024 ____              _____
                                                    *Server's signature*

                                        _____ Mike Lievano, Process Server _____
                                                    *Printed name and title*

                                        _____ P.O. Box 18647, Washington, DC  20036 _____
                                                    *Server's address*

Additional information regarding attempted service, etc:


Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70634**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**Priority:** **RUSH**

**SERVE TO: United States Capitol Police**

c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)      Individual        Substitute        Post      Non-service      Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

<table>
<tr><td>Edward Jacob Lang et al.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 1:24-cv-00295-DLF</td></tr>
<tr><td>Sargeant Daniel Thau et al.</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Capitol Police
119 D Street, NE
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    United States Capitol Police _____

was received by me on *(date)*    4/4/2024 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify)*:  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024 _____          _____
                                                                *Server's signature*

                                                          Mike Lievano, Process Server
                                                          _____
                                                                *Printed name and title*

                                                          P.O. Box 18647, Washington, DC  20036
                                                          _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

Case 1:24-cv-00295-DLF   Document 11-1   Filed 05/06/24   Page 101 of 575

# Field Sheet

## TORRI'S LEGAL SERVICES

**70635**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

**Priority:** **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Thomas A. Dibiase**

United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual       Substitute       Post      Non-service      Corporate       Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____  Sex: M / F  Age:_____  Height:_____  Weight:_____  Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [   ] NOT IN MILITARY [   ] IN MILITARY   **MARITAL STATUS:**   [   ] MARRIED   [   ] OTHER

Notes/Signature:



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Edward Jacob Lang et al., )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:24-cv-00295-DLF
)
Sargeant Daniel Thau et al. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas A. Dibiase
United States Capitol Police
119 D Street, NE
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____Thomas A. Dibiase_____

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)* _____

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ____4/4/2024____                    _____
                                              *Server's signature*

                                         Mike Lievano, Process Server
                                         _____
                                              *Printed name and title*

                                         P.O. Box 18647, Washington, DC  20036
                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

# Field Sheet

## *TORRI'S LEGAL SERVICES*

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

# 70644

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: J. Thomas Manger**

Priority: **RUSH**

United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                                WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual     Substitute     Post     Non-service     Corporate     Government

Served:  Date:_____/_____/24  Time:_____:_____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

Edward Jacob Lang et al.,

*Plaintiff(s)*

v.

Sargeant Daniel Thau et al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> J. Thomas Manger
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   J. Thomas Manger

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC 20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024   _____

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70645**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

Serve By: **04/04/2024**

Priority: **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Eric Waldo**

United States Capitol Police, c/o The District of Columbia Attorney General, 441 Fourth St., NW, Washington,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC        District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal    ☐ Substitute    ☐ Corporate    ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Eric Waldo
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Eric Waldo

was received by me on *(date)*    4/4/2024                .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ____4/4/2024____          _____
                                          *Server's signature*

                                          ____Mike Lievano, Process Server____
                                          *Printed name and title*

                                          ____P.O. Box 18647, Washington, DC  20036____
                                          *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

# 70670

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By:** 04/04/2024

**Priority:** **RUSH**

Date received: 4/5/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: The District of Columbia**

c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC        District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual     Substitute     Post     Non-service     Corporate     Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex:  M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Sargeant Daniel Thau et al.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The District of Columbia
> 441 Fourth Street, N.W.
> Washington DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/3/2024  

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ The District of Columbia _____

was received by me on *(date)*   4/4/2024 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.

Date: _____4/4/2024_____                    _____
                                                            *Server's signature*

                                            Mike Lievano, Process Server
                                            _____
                                            *Printed name and title*

                                            P.O. Box 18647, Washington, DC  20036
                                            _____
                                            *Server's address*


Additional information regarding attempted service, etc:


Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                      )
                                                   )
                                                   )
**vs**                                             )    **REGISTERED/PRIORITY/CERTIFIED**
                                                   )    **MAILING AFFIDAVIT**
                                                   )
**SARGEANT DANIEL THAU, et al**                    )
**Defendant**                                      )        **Case Number: 1:24-CV-00295-DLF**
                                                   )

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO LILA MORRIS

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Lila Morris by mailing the documents by Certified/Priority Mail, Tracking Number .

Service was delivered to  Metropolitan Police Department c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)


_4-12-24_
Date

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70831

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147261

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

Delivered, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530

April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                          ⌄

**USPS Tracking Plus®**                                                          ⌄

**Product Information**                                                          ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                       )
                                                    )
                                                    )
**vs**                                              )     **REGISTERED/PRIORITY/CERTIFIED**
                                                    )     **MAILING AFFIDAVIT**
                                                    )
**SARGEANT DANIEL THAU, et al**                     )
**Defendant**                                       )     **Case Number: 1:24-CV-00295-DLF**
                                                    )
                                                    \

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO ERIC WALDO

The undersigned, Torri Schaffer, having been duly authorized to make service of the **Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Eric Waldo by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7261 .

Service was delivered to  United States Capitol Police c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

_4-12-24_
Date



70842

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147261

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

### Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**      ⌄

**USPS Tracking Plus®**      ⌄

**Product Information**      ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff**<br><br>**vs**<br><br>**SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>\ |

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO THOMAS A. DIBIASE

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Thomas A. Dibiase by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7261 .

Service was delivered to  United States Capitol Police c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
_____
Date



*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70839

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147261

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

Delivered, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530

April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                                  )
                                                               )
                                                               )          **REGISTERED/PRIORITY/CERTIFIED**
**vs**                                                         )          **MAILING AFFIDAVIT**
                                                               )
**SARGEANT DANIEL THAU, et al**                                )
**Defendant**                                                  )          **Case Number: 1:24-CV-00295-DLF**
                                                               )
                                                               \

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO J. THOMAS MANGER

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036


(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to J. Thomas Manger by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7261.

Service was delivered to  United States Capitol Police c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.  See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)


_____
4-12-24
Date



70841

_____
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147261

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

Feedback

## Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                      ⌄

**Product Information**                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**

)
)
)
**vs**
)
)
**SARGEANT DANIEL THAU, et al**
**Defendant**
)
)
)

**REGISTERED/PRIORITY/CERTIFIED**
**MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

---

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO THE DISTRICT OF COLUMBIA

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to The District of Columbia by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7261.

Service was delivered to  United States Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20510 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70907

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147261

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**      ⌄

**USPS Tracking Plus®**      ⌄

**Product Information**      ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

*EXHIBIT A*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, et al
**Plaintiff**

)
)
)
vs                                                                                 )      **REGISTERED/PRIORITY/CERTIFIED**
)      **MAILING AFFIDAVIT**
)
SARGEANT DANIEL THAU, et al                              )
**Defendant**                                                              )          **Case Number: 1:24-CV-00295-DLF**
)
\

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO MICHAEL LEROY BYRD

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Michael Leroy Byrd by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7193.

Service was delivered to  United States Capitol Police c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70833

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147193

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

Delivered, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530

April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

*Feedback*

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, et al
**Plaintiff**

)
)
)

**vs**

)
)

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

SARGEANT DANIEL THAU, et al
**Defendant**

)
)
)
\

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO ROBERT GLOVER

The undersigned, Torri Schaffer, having been duly authorized to make service of the **See Attached** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Robert Glover by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7193.

Service was delivered to  Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70824

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

## 70171450000145147193

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

---

Track Another Package

Enter tracking or barcode numbers



EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

**EDWARD JACOB LANG, et al**
**Plaintiff**

)
)
**vs**                                                    ) **REGISTERED/PRIORITY/CERTIFIED**
                                                          ) **MAILING AFFIDAVIT**
**SARGEANT DANIEL THAU, et al**          )
**Defendant**                                        ) **Case Number: 1:24-CV-00295-DLF**
                                                          \

---

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO JIMMY CRISMAN

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Jimmy Crisman by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7193.

Service was delivered to  Metropolitan Police Department c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.  See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



Torri Schaffer
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70822

# USPS Tracking®

FAQs ⟩

Remove ✕

Tracking Number:

## 70171450000145147193

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
| --- | --- |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers



EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, et al
**Plaintiff**

vs

SARGEANT DANIEL THAU, et al
**Defendant**

)
)
)
)
)
)
)
)

**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO PAUL RILEY

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Paul Riley by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7193.

Service was delivered to  Metropolitan Police Department c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.  See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



70823

*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

## 70171450000145147193

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                      ⌄

**Product Information**                                                      ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

*EXHIBIT A*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, et al
**Plaintiff**

**vs**

SARGEANT DANIEL THAU, et al
**Defendant**

)
)
)
)
)
)
)
)
\

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO WILLIAM ROBERT NORWOOD

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to William Robert Norwood by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7193.

Service was delivered to  United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.  See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70832

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147193

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**          ⌄

**USPS Tracking Plus®**          ⌄

**Product Information**          ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, et al
**Plaintiff**

)
)
)
vs                                                            )        **REGISTERED/PRIORITY/CERTIFIED**
)        **MAILING AFFIDAVIT**
)
SARGEANT DANIEL THAU, et al                                   )
**Defendant**                                                )        **Case Number: 1:24-CV-00295-DLF**
)
\

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO BRYANT WILLIAMS

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Bryant Williams by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7193.

Service was delivered to  United States Capitol Police c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.  See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-74
Date



70834

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70171450000145147193

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

### Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers



IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                    )
                                                 )
                                                 )    **REGISTERED/PRIORITY/CERTIFIED**
**vs**                                           )    **MAILING AFFIDAVIT**
                                                 )
**SARGEANT DANIEL THAU, et al**                  )
**Defendant**                                    )      **Case Number: 1:24-CV-00295-DLF**
                                                 \

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO JASON BAGSHAW

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Jason Bagshaw by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7254.

Service was delivered to  Washington D.C. Headquarters c/o Attorney General of the United States of America, 950 Pennsylvania Ave., NW, Washington, DC 20530 on 04/10/2024 4:57 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
_____
Date



70843

*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70171450000145147254

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                      ⌄

Product Information                                      ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

*EXHIBIT A*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                              )
                                                          )
                                                          )          **REGISTERED/PRIORITY/CERTIFIED**
**vs**                                                    )          **MAILING AFFIDAVIT**
                                                          )
**SARGEANT DANIEL THAU, et al**                           )
**Defendant**                                             )            **Case Number: 1:24-CV-00295-DLF**
                                                          )
                                                          \

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO TARA TINDALL

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Tara Tindall by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7254.

Service was delivered to  Metropolitan Police Department c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



70829

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147254

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers



EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff** | )<br>)<br>) |
| **vs** | )<br>) **REGISTERED/PRIORITY/CERTIFIED**<br>) **MAILING AFFIDAVIT** |
| **SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>) **Case Number: 1:24-CV-00295-DLF**<br>)<br>\ |

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO JAMES W. JOYCE

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to James W. Joyce by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7254.

Service was delivered to  United States Capitol Police c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



70837

*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70171450000145147254

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

### Delivered

Delivered, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530

April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**     ∨

**USPS Tracking Plus®**     ∨

**Product Information**     ∨

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

Feedback

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, et al
**Plaintiff**

)
)
)

vs

)
)

**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

SARGEANT DANIEL THAU, et al
**Defendant**

)
)
)
)
\

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO ROBERT J. CONTEE, III

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Robert J. Contee, III by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7254.

Service was delivered to  Metropolitan Police Department c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



70830

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70171450000145147254

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

## Delivered

Delivered, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530

April 10, 2024, 4:57 am

**See All Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                     ⌄

**Product Information**                                                     ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers


EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**

)
)
)
vs                                                                                )
)
**SARGEANT DANIEL THAU, et al**                        )
**Defendant**                                                        )
)
\

**REGISTERED/PRIORITY/CERTIFIED**
**MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO UNITED STATES CAPITOL POLICE

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to United States Capitol Police by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7254.

Service was delivered to  United States Capitol Police c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



70838

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs ›

Tracking Number:                                                                                       Remove ✕

## 70171450000145147254

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff**<br><br>**vs**<br><br>**SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO MICHAEL LEROY BYRD

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases and Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Michael Leroy Byrd by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7216.

Service was delivered to  United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
_____
Date

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70857

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

## 70171450000145147216

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001

April 9, 2024, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers



# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                                )
                                                            )
                                                            )
**vs**                                                      )     **REGISTERED/PRIORITY/CERTIFIED**
                                                            )     **MAILING AFFIDAVIT**
                                                            )
**SARGEANT DANIEL THAU, et al**                             )
**Defendant**                                               )     **Case Number: 1:24-CV-00295-DLF**
                                                            )

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO ROBERT GLOVER

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases and Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036


(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Robert Glover by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7216.

Service was delivered to  Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.  See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)


_____4·15·24_____
Date



_____*Torri Schaffer*_____
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70846

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147216

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

Feedback

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                              ⌄

**USPS Tracking Plus®**                                                               ⌄

**Product Information**                                                               ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers



# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                    )
                                                 )
                                                 )     **REGISTERED/PRIORITY/CERTIFIED**
**vs**                                           )     **MAILING AFFIDAVIT**
                                                 )
**SARGEANT DANIEL THAU, et al**                  )
**Defendant**                                    )        **Case Number: 1:24-CV-00295-DLF**
                                                 \

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO WILLIAM ROBERT NORWOOD

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to William Robert Norwood by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7216.

Service was delivered to  United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.  See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
_____
Date



70856

*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147216

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers


*EXHIBIT A*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff** | ) )<br>) | |
| **vs** | ) )<br>) | **REGISTERED/PRIORITY/CERTIFIED**<br>**MAILING AFFIDAVIT** |
| **SARGEANT DANIEL THAU, et al**<br>**Defendant** | ) )<br>) )<br>\ | **Case Number: 1:24-CV-00295-DLF** |

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO PAUL RILEY

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons,
Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission),
Standard Order For Civil Cases, Standard Order For Civil Cases and Additional Plaintiff
Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am
over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street,
N.W., Suite 101-252, Washington, DC 20036


(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Paul Riley by mailing the
documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7216 .

Service was delivered to  Metropolitan Police Department c/o The District of Columbia Attorney
General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.  See attached a
copy of the United States Post Office Website Delivery Notice. (Exhibit A)


<u>4-15-24</u>
Date

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70845

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147216

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

Delivered
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback



# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, et al
**Plaintiff**

)
)
)
vs
)
)
**SARGEANT DANIEL THAU, et al**
)
**Defendant**
)
\

**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO JIMMY CRISMAN

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Jimmy Crisman by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7216.

Service was delivered to  Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
Date



70844

*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

## 70171450000145147216

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers


EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                )
                                             )
                                             )        **REGISTERED/PRIORITY/CERTIFIED**
**vs**                                       )        **MAILING AFFIDAVIT**
                                             )
**SARGEANT DANIEL THAU, et al**              )
**Defendant**                                )          **Case Number: 1:24-CV-00295-DLF**
                                             )
                                             \

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO YOGANANDA PITTMAN

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases and Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Yogananda Pittman by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7179.

Service was delivered to  United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:27 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
Date


70859

*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147179

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:27 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:27 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                    )
                                                  )
                                                  )        **REGISTERED/PRIORITY/CERTIFIED**
**vs**                                            )        **MAILING AFFIDAVIT**
                                                  )
**SARGEANT DANIEL THAU, et al**                   )
**Defendant**                                     )        **Case Number: 1:24-CV-00295-DLF**
                                                  \

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO JASON BAGSHAW

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases and Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Jason Bagshaw by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7179.

Service was delivered to  Washington D.C. Headquarters, c/o  The District of Columbia Attorney General, 441 Fourth St., NW, Washington, DC 20001 on 04/09/2024 1:27 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

_4-15-24_
Date



70867

_Torri Schaffer_
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147179

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:27 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:27 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                          ⌄

**USPS Tracking Plus®**                                          ⌄

**Product Information**                                          ⌄

Track Another Package

Enter tracking or barcode numbers



# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**

)
)
)
)

vs

)
)

**REGISTERED/PRIORITY/CERTIFIED**
**MAILING AFFIDAVIT**

**SARGEANT DANIEL THAU, et al**
**Defendant**

)
)
)
\

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO ERIC WALDO

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX) CERTIFIED/PRIORITY MAILING SERVICE: Service was mailed to Eric Waldo by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7179.

Service was delivered to United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth St., NW, Washington, DC 20001 on 04/09/2024 1:27 PM. See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
Date



70866

**Torri Schaffer**
P.O. Box 18647
Washington, DC 20036
202-296-0222

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70171450000145147179

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:27 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001

April 9, 2024, 1:27 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

## Text & Email Updates                                    ⌄

## USPS Tracking Plus®                                      ⌄

## Product Information                                      ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**

)
)
)
**vs**
)
)
**SARGEANT DANIEL THAU, et al**
**Defendant**
)
)
\

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO BRYANT WILLIAMS

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Bryant Williams by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7179.

Service was delivered to  United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:27 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
Date



70858

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147179

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:27 pm on April 9, 2024 in WASHINGTON, DC 20001.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:27 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                     ⌄

---

**Product Information**                                     ⌄

### See Less ⌃

---

Track Another Package

Enter tracking or barcode numbers

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, et al
**Plaintiff**

**vs**

SARGEANT DANIEL THAU, et al
**Defendant**

)
)
)
)
)
)
)
)

**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO THE DISTRICT OF COLUMBIA

The undersigned, Torri Schaffer, having been duly authorized to make service of the **Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases and Additional Plaintiff Joining in The Complaint** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to The District of Columbia by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7179.

Service was delivered to  The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:27 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

_4-15-24_
Date



70908

_Torri Schaffer_
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Tracking Number:                                                                          Remove ✕

## 70171450000145147179

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:27 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:27 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                                        ⌄

**USPS Tracking Plus®**                                                          ⌄

**Product Information**                                                          ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers



# Field Sheet

## TORRI'S LEGAL SERVICES

### 70601

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Michael Leroy Byrd**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As** ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY    **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Michael Leroy Byrd
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ___Michael Leroy Byrd_____

was received by me on *(date)*   4/4/2024                     .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*   Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024                          _____

                                                *Server's signature*

                                        Mike Lievano, Process Server
                                        _____
                                            *Printed name and title*

                                        P.O. Box 18647, Washington, DC  20036
                                        _____
                                            *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70602**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

**Priority: RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Bryant Williams**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As** ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                         WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**   [  ] MARRIED   [  ] OTHER

Notes/Signature:



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Edward Jacob Lang et al.,

)
)
)
)
)
*Plaintiff(s)*

v.

Sargeant Daniel Thau et al.

)
)
)
)
)
)
)
*Defendant(s)*

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bryant Williams
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ Bryant Williams _____

was received by me on *(date)*   4/4/2024 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*   Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m. Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024 _____          _____
                                        *Server's signature*

                                   Mike Lievano, Process Server
                                   _____
                                        *Printed name and title*

                                   P.O. Box 18647, Washington, DC  20036
                                   _____
                                        *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70604**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**Priority:   RUSH**

**SERVE TO: Yogananda Pittman**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual       Substitute       Post      Non-service      Corporate       Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Yogananda Pittman
> United States Capitol Police
> 119 D Street, NE
> Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Yogananda Pittman

was received by me on *(date)*    4/4/2024                .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024            _____

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70605**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Thomas Loyd**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As** ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)      Individual        Substitute        Post      Non-service      Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**   [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No.   1:24-cv-00295-DLF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas Loyd
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady
_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   .   Thomas Loyd

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024   _____

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

## Field Sheet

### TORRI'S LEGAL SERVICES

**70606**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: James W. Joyce**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                         WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute        Post      Non-service      Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:**   [ ] MARRIED   [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-00295-DLF<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      James W. Joyce
      United States Capitol Police
      119 D Street, NE
      Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Stefanie L. Lambert, Esq.
      400 Renaissance Ctr., Fl. 26
      Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:    4/2/2024                           /s/ Michele M. Grady

                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     James W. Joyce

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024

_____
*Server's signature*

Mike Lievano, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

## Field Sheet

### TORRI'S LEGAL SERVICES

**70607**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: United States Capitol Police**

**Priority: RUSH**

c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**   ☐ Personal    ☐ Substitute    ☐ Corporate    ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:**  [ ] MARRIED  [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Capitol Police
119 D Street, NE
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady
_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      United States Capitol Police

was received by me on *(date)*   4/4/2024          .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify)*:  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m. Service was refused. They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024          _____

_____
*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

## 70608

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

Priority: **RUSH**

**SERVE TO: Thomas A. Dibiase**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas A. Dibiase
United States Capitol Police
119 D Street, NE
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   .Thomas A. Dibiase

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify)*:  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m. Service was refused. They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____ 4/4/2024 _____       _____
                                              *Server's signature*

                              Mike Lievano, Process Server
                              *Printed name and title*

                              P.O. Box 18647, Washington, DC  20036
                              *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

### 70609

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

Priority: **RUSH**

**SERVE TO: J. Thomas Manger**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC         District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual       Substitute       Post       Non-service       Corporate       Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____  Sex: M / F  Age:_____  Height:_____  Weight:_____  Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Sargeant Daniel Thau et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:24-cv-00295-DLF<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> J. Thomas Manger
> United States Capitol Police
> 119 D Street, NE
> Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:    4/2/2024

/s/ Michele M. Grady
_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    J. Thomas Manger

was received by me on *(date)*    4/4/2024    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024

_____
*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70610**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**Priority:** **RUSH**

**SERVE TO: Eric Waldo**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

**Service Instrns: PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.** **Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

**SERVICE ATTEMPTS:**
DATE/TIME                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:_____/_____/24  Time:_____:_____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**   [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Eric Waldo
United States Capitol Police
119 D Street, NE
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date: 4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Eric Waldo

was received by me on *(date)*    4/4/2024         .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)*                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*    Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m. Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/24

_____
*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70669**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**

**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/5/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: The District of Columbia**

Priority: **RUSH**

c/o United States Attorney General, 950 Pennsylvania Avenue, Washington, DC 20510

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC          District

**Court Case #:** 1:24-CV-00295-DLF

**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:

DATE/TIME                                          WHAT OCCURRED

1.) _____

2.) _____

3.) _____

Type of service: (circle)    Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex:  M / F  Age:_____  Height:_____  Weight:_____  Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The District of Columbia
> 441 Fourth Street, N.W.
> Washington DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/3/2024                                   /s/ Michele M. Grady

                                               *Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      The District of Columbia

was received by me on *(date)*    4/4/2024    .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused. They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024    _____

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) )<br>) )<br>) )<br>) |
| _Plaintiff(s)_ | ) |
| v. | ) )  Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) )<br>) )<br>) )<br>) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

      Thomas A. Dibiase
      United States Capitol Police
      119 D Street, NE
      Washington, DC  20510

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Stefanie L. Lambert, Esq.
      400 Renaissance Ctr., Fl. 26
      Detroit, MI 48243-1502

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024                             /s/ Michele M. Grady

                                       _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Thomas A. Dibiase, General Counsel
was received by me on *(date)*  April 4, 2024  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEx, tracking # 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
Server's signature

Dana Arbuckle
Printed name and title

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

William Robert Norwood
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  William Robert Norwood

was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify):*  sent via FedEx, tracking# 272980713554

My fees are $ for travel and $ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

Dana Arbuckle
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

/s/ MMichele M. Grady

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Sargeant Daniel Thau et al. | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The District of Columbia
> 441 Fourth Street, N.W.
> Washington DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/3/2024 _____

/s/ Michele M. Grady
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  The District of Columbia

was received by me on *(date)*  April 4, 2024

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
Server's signature

Dana Arbuckle
Printed name and title

253 Tamiami Trail S, Ste 120 Nokomis, FL 3427...
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Jason Bagshaw
        Washington D.C. Headquarters
        2235 Shannon Place SE
        Suite 3040,
        Washington DC 20020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stefanie L. Lambert, Esq.
        400 Renaissance Ctr., Fl. 26
        Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lt. Jason Bagshaw

was received by me on *(date)*  April 4, 2024

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEx, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 126 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

       Jason Bagshaw
       Metropolitan Police Department
       441 4th Street NW
       7th Floor
       Washington, DC 20001

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Stefanie L. Lambert, Esq.
       400 Renaissance Ctr., Fl. 26
       Detroit, MI 48243-1502

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



                                                     _CLERK OF COURT_

Date:  4/2/2024
                                            /s/ Michele M. Grady
                                              _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lt. Jason Bagshaw

was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Lila Morris
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024                                    /s/ Michele M. Grady
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Officer Lila Morris

was received by me on *(date)*  April 4, 2024 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980 882454


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*


253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>   Tara Tindall
>   Metropolitan Police Department
>   441 4th Street NW
>   7th Floor
>   Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>   Stefanie L. Lambert, Esq.
>   400 Renaissance Ctr., Fl. 26
>   Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sargeant Tara Tindall

was received by me on *(date)*   April 4, 2024 .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   Sent via FedEX, tracking #272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024          _____
                                              *Server's signature*

                                         Dana Arbuckle
                                         *Printed name and title*

                              253 Tamiami Trails Ste 120 Nokomis, FL 34275
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Paul Riley
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/2/2024                          /s/ Michele M. Grady

_____                  _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Paul Riley

was received by me on *(date)*  April 4, 2024.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980 882454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Jimmy Crisman
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/2/2024           /s/s/ Michele M. Grady
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Officer Jimmy Crisman

was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEx, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tami ami Trails Ste. 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Frank Edwards
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                                    /s/ Michele M. Grady

                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant  Frank  Edwards

was received by me on *(date)*  April  4, 2024.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent  via FedEX, tracking  # 272 980882 454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024          _____
                                      Dana Arbuckle
                                    *Server's signature*

                              _____
                                  Dana Arbuckle
                                 *Printed name and title*

                        253 Tamiami Trails Ste 120 Nokomis, FL 34275
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert J. Contee, III
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                                  /s/ Michele M. Grady
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Robert J. Contee III

was received by me on *(date)*  April 4, 2024 .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Pamela A. Smith
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Pamela A. Smith

was received by me on *(date)*   April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____   ; or

☒ Other *(specify):*  Sent via FedEx, tracking #272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail s Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Sargeant Daniel Thau
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sargeant Daniel Thau

was received by me on *(date)* April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  sent via FedEX, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024                      _____
                                              *Server's signature*

                                          Dana Arbuckle
                                              *Printed name and title*


                              253 Tamiami Trail S Ste 120 Nokomis, FL34275
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

      Robert Glover
      Metropolitan Police Department
      441 4th Street NW
      7th Floor
      Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Stefanie L. Lambert, Esq.
      400 Renaissance Ctr., Fl. 26
      Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  4/2/2024

                                     /s/ Michele M. Grady

                                     _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sargeant Robert Glover

was received by me on *(date)* April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEx, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Edward Jacob Lang et al.,

)
)
)
)

_Plaintiff(s)_

)
)

v.

)

Civil Action No.  1:24-cv-00295-DLF

Sargeant Daniel Thau et al.

)
)
)
)

_Defendant(s)_

)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

James W. Joyce
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  James W. Joyce, Senior Counsel
was received by me on *(date)*  April 4, 2024.

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEX, tracking # 272980713554


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024     _____
                                         *Server's signature*

                                    Dana Arbuckle
                                    _____
                                         *Printed name and title*


                       253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  United States Capitol Police

was received by me on *(date)*  April 4, 2024  .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Dana Arbuckle
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> J. Thomas Manger
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  J. Thomas Manger, Chief

was received by me on *(date)*  April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEx, tracking# 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Yogananda Pittman
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024    _____

/s/ Michele M. Grady
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Yogananda Pittman

was received by me on *(date)*   April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980 T13 554

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Sargeant Daniel Thau et al.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Eric Waldo
        United States Capitol Police
        119 D Street, NE
        Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stefanie L. Lambert, Esq.
        400 Renaissance Ctr., Fl. 26
        Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                            /s/ Michele M. Grady
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Eric Waldo, Deputy Chief

was received by me on *(date)*   April 4, 2024   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEx, tracking # 272980713554


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*
Dana Arbuckle

Dana Arbuckle
_____
*Printed name and title*


253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Thomas Loyd
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                          /s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Thomas Loyd, Inspector

was received by me on *(date)*   April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980 713554

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Dana Arbuckle
*Server's signature*

_____
Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S Ste 120 Nokomis FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bryant Williams
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sargeant Bryant Williams
was received by me on *(date)* April 4, 2024.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEX, tracking # 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120  Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Michael Leroy Byrd
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lt. Michael Leroy Byrd

was received by me on *(date)* April 4, 2024 .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEx, tracking # 272980 713 554


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024    _____
                        *Server's signature*

                        Dana Arbuckle
                        *Printed name and title*


                        253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                        *Server's address*

Additional information regarding attempted service, etc:

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff**<br><br>**vs**<br><br>**SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>\ |

**REGISTERED/PRIORITY/CERTIFIED**
**MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO THOMAS LOYD

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036


(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Thomas Loyd by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7209.

Service was delivered to  United States Capitol Police c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)


4-12-24
—————————
Date



70836

*Torri Schaffer* (signature)
—————————————
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Tracking Number:                                                         Remove ✕

## 70171450000145147209

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates                                                        ⌄

USPS Tracking Plus®                                                          ⌄

Product Information                                                          ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



*EXHIBIT A*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG, et al
**Plaintiff**

                    )

**vs**

SARGEANT DANIEL THAU, et al
**Defendant**

)
)
)
)
)
)
)
\

**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

    **Case Number: 1:24-CV-00295-DLF**

## <u>AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO FRANK EDWARDS</u>

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Frank Edwards by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7209 .

Service was delivered to  Metropolitan Police Department c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

 

4·12·24
Date



*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70827

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147209

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ∨ |
| --- | --- |
| USPS Tracking Plus® | ∨ |
| Product Information | ∨ |

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers



**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff**<br><br>**vs**<br><br>**SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO PAMELA A. SMITH

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Pamela A. Smith by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7209.

Service was delivered to  Metropolitan Police Department c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



_Torri Schaffer_
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70826

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

## 70171450000145147209

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

Delivered, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530

April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

**Product Information**                                               ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

*EXHIBIT A*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff** | )<br>)<br>) |
| **vs** | )<br>) **REGISTERED/PRIORITY/CERTIFIED**<br>**MAILING AFFIDAVIT** |
| **SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>)<br>) **Case Number: 1:24-CV-00295-DLF**<br>） |

## <u>AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO YOGANANDA PITTMAN</u>

The undersigned, Torri Schaffer, having been duly authorized to make service of the *Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Yogananda Pittman by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7209.

Service was delivered to  United States Capitol Police c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.  See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

<u>4-12-24</u>
Date


70835

*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147209

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

Delivered, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530

April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates     ⌄

USPS Tracking Plus®     ⌄

Product Information     ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers



*EXHIBIT A*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, et al
**Plaintiff**

)
)
)
**vs**
)
)
**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

SARGEANT DANIEL THAU, et al
**Defendant**
)
)
)
**Case Number: 1:24-CV-00295-DLF**

---

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO JASON BAGSHAW

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Jason Bagshaw by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7209 .

Service was delivered to  Metropolitan Police Department c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 AM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

_4-12-24_
Date



70825

_Torri Schaffer_
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Tracking Number:                                                           Remove ✕

## 70171450000145147209

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

## Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                      ⌄

**Product Information**                                                      ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff** | )<br>)<br>) |
| **vs** | )<br>)<br>) **REGISTERED/PRIORITY/CERTIFIED**<br>**MAILING AFFIDAVIT** |
| **SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>)<br>) **Case Number: 1:24-CV-00295-DLF**<br>\ |

## <u>AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO SARGEANT DANIEL THAU</u>

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Sargeant Daniel Thau by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7209.

Service was delivered to  Metropolitan Police Department c/o Attorney General for the United States of America, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 04/10/2024 4:57 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-12-24
Date



70828

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70171450000145147209

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 4:57 am on April 10, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 10, 2024, 4:57 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates    ∨

## USPS Tracking Plus®    ∨

## Product Information    ∨

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

EXHIBIT A

# Field Sheet

## TORRI'S LEGAL SERVICES

**70587**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Jimmy Crisman**

Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania, Ave,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual       Substitute       Post       Non-service       Corporate       Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____   Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED   [  ] OTHER

Notes/Signature:



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jimmy Crisman
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ . _____ Jimmy Crisman _____

was received by me on *(date)*  4/4/2024 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):* Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC 20530 on 4/4/2024 at 3:20 p.m. Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  4/4/2024 _____        _____
                                              *Server's signature*

                              Mike Lievano, Process Server
                              _____
                                    *Printed name and title*

                              P.O. Box 18647, Washington, DC 20036
                              _____
                                    *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70589**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**Priority:** **RUSH**

**SERVE TO: Paul Riley**

Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania, Ave,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC         District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

**SERVICE ATTEMPTS:**
DATE/TIME                                     WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual       Substitute       Post    Non-service     Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Paul Riley
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Paul Riley

was received by me on *(date)*   4/4/2024          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):* Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC 20530 on 4/4/2024 at 3:20 p.m. Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024        _____
                                                    *Server's signature*

                                        Mike Lievano, Process Server
                                        *Printed name and title*

                                        P.O. Box 18647, Washington, DC  20036
                                        *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

# 70590

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

**Priority:** **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Robert Glover**

Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania, Ave,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____  Sex: M / F  Age:_____  Height:_____  Weight:_____  Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY    **MARITAL STATUS:**   [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert Glover
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Robert Glover

was received by me on *(date)*   4/4/2024      .

☐  I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____  ; or

☒  I returned the summons unexecuted because _____  ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____4/4/2024_____           _____
                                                                    *Server's signature*

                                               _____Mike Lievano, Process Server_____
                                                             *Printed name and title*

                                               _____P.O. Box 18647, Washington, DC  20036_____
                                                                  *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**70591**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Jason Bagshaw**

Priority: **RUSH**

Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania, Ave,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jason Bagshaw
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ Jason Bagshaw _____

was received by me on *(date)* 4/4/2024 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):* Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 4/4/2024 at 3:20 p.m. Service was refused. They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ___4/4/2024___     _____

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70593**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

Priority: **RUSH**

**SERVE TO: Pamela A. Smith**

Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania, Ave,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                           WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____  Title/Relation:_____

Skin/Race_____ Sex:  M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N Other:

**MILITARY STATUS:** [   ] NOT IN MILITARY [   ] IN MILITARY   **MARITAL STATUS:**  [   ] MARRIED   [   ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Pamela A. Smith
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Pamela A. Smith

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024 _____        _____
                                                            *Server's signature*

                                        Mike Lievano, Process Server
                                        _____
                                                *Printed name and title*

                                        P.O. Box 18647, Washington, DC  20036
                                        _____
                                                *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## *TORRI'S LEGAL SERVICES*   **70594**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

**Serve By: 04/04/2024**                                          **Priority:  RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Frank Edwards**

Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania, Ave,

**Service Instrns:** PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

---

SERVICE ATTEMPTS:
DATE/TIME                                  WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:**  [ ] MARRIED  [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br>_Plaintiff(s)_ <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> _Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:24-cv-00295-DLF<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Frank Edwards
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No. 1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Frank Edwards

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:     4/4/2024

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

### 70595

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Sergeant Daniel Thau**

Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania, Ave,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC         District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual     Substitute     Post     Non-service     Corporate     Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Sargeant Daniel Thau
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sargeant Daniel Thau

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):* Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused. They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024

_____
*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70596**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

**Serve By: 04/04/2024**

Date received: 4/4/2024    Client File #

**Priority:** **RUSH**

Assigned to:    Mike Lievano

**SERVE TO: Tara Tindall**

Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania, Ave,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                      WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY    **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tara Tindall
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ____ Tara Tindall _____

was received by me on *(date)*   4/4/2024   ____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   ___4/4/2024___          _____
                                                    *Server's signature*

                                        Mike Lievano, Process Server
                                       _____
                                           *Printed name and title*

                                        P.O. Box 18647, Washington, DC  20036
                                       _____
                                              *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70597**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

**Priority:** **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Robert J. Contee, III**

Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania, Ave,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) )    Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert J. Contee, III
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Robert J. Contee, III

was received by me on *(date)*  4/4/2024  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 4/4/2024 at 3:20 p.m. Service was refused. They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  4/4/2024  _____
                                           *Server's signature*

                                Mike Lievano, Process Server
                                *Printed name and title*

                                P.O. Box 18647, Washington, DC 20036
                                *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70598**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Lila Morris**

Metropolitan Police Department, c/o Attorney General for the United States of America, 950 Pennsylvania, Ave,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As** ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                   WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:_____

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**   [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lila Morris
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lila Morris

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify)*:   Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m.  Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024

_____
*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70600**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

**Priority:** **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: William Robert Norwood**

United States Capitol Police, c/o Attorney General for the United States of America, 950 Pennsylvania Avenue,

**Service Instrns: PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                      WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

William Robert Norwood
United States Capitol Police
119 D Street, NE
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ William Robert Norwood _____

was received by me on *(date)*   4/4/2024 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):* Attempted Service at Metropolitan Police Dept. c/o Attorney General of the United States at 950
Pennsylvania Avenue, NW, Washington, DC  20530 on 4/4/2024 at 3:20 p.m. Service was refused.
They only accept by certified mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____4/4/2024_____        _____
                                                  *Server's signature*

                                        Mike Lievano, Process Server
                                        _____
                                                  *Printed name and title*

                                        P.O. Box 18647, Washington, DC  20036
                                        _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The
Complaint

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

      Jason Bagshaw
      Washington D.C. Headquarters
      2235 Shannon Place SE
      Suite 3040,
      Washington DC 20020

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Stefanie L. Lambert, Esq.
      400 Renaissance Ctr., Fl. 26
      Detroit, MI 48243-1502

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jason Bagshaw _____

was received by me on *(date)*   4/4/2024 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*   Per staff onsite this office is not in any way affiliated with MPD or Jason Bagshaw. Staff has no
forwarding information for Jason Bagshaw. Attempted at Wash. DC Headquarters, 2235 Shannon
Place, SE, #3040, Wash., DC 20020 on 4/5/24 at 7:00 a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____             _____
                                             *Server's signature*

                                   Mike Lievano, Process Server
                                   _____
                                             *Printed name and title*

70639                              P.O. Box 18647, Washington, DC  20036
                                   _____
                                             *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## *TORRI'S LEGAL SERVICES* **70646**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**

**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**Priority:** **RUSH**

**SERVE TO: Jason Bagshaw**

Washington D.C. Headquarters, c/o  The District of Columbia Attorney General, 441 Fourth St., NW, Washington,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:** [ ] MARRIED  [ ] OTHER

Notes/Signature:

## Field Sheet

### TORRI'S LEGAL SERVICES

**70611**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Priority: **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Jason Bagshaw**

Washington D.C. Headquarters, c/o Attorney General of the United States of America, 950 Pennsylvania Ave.,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** See Attached

---

**Serve As**   ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

---

SERVICE ATTEMPTS:
DATE/TIME                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual       Substitute       Post      Non-service      Corporate       Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex:  M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY    **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

## Field Sheet

### TORRI'S LEGAL SERVICES

**70656**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Lila Morris**

Metropolitan Police Department, 441 4th Street NW, 7th Floor, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.   1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) <br> ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lila Morris
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lila Morris

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  General Counsel's office refused to accept the documents on behalf of the officers. Service was
attempted at Metro Police Dept., 441 4th St., NW, 7th Fl., Washington, DC 20001 on 4/5/2024 at 11:10
a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/5/2024             _____

*Server's signature*

Mike Lievano, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70647**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**

**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024  Client File #

Assigned to:  Mike Lievano

Priority:  **RUSH**

**SERVE TO: Jimmy Crisman**

Metropolitan Police Department, 441 4th Street NW, 7th Floor, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District

**Court Case #:** 1:24-CV-00295-DLF

**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

**Serve As** ☐ Personal  ☐ Substitute  ☐ Corporate  ☐ Post

SERVICE ATTEMPTS:

DATE/TIME                                      WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual        Substitute        Post       Non-service       Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____  Sex: M / F  Age:_____  Height:_____  Weight:_____  Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:_____

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY    **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

      Jimmy Crisman
      Metropolitan Police Department
      441 4th Street NW
      7th Floor
      Washington, DC 20001

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Stefanie L. Lambert, Esq.
      400 Renaissance Ctr., Fl. 26
      Detroit, MI 48243-1502

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date:  4/2/2024

                                       /s/s/ Michele M. Grady
                                         _Signature of Clerk or Deputy Clerk_

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  _____ Jimmy Crisman _____

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*  _____

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ ,  _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  _____  , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____  ; or

☒ I returned the summons unexecuted because  _____  ; or

Other *(specify):*  General Counsel's office refused to accept the documents on behalf of the officers. Service was
attempted at Metro Police Dept., 441 4th St., NW, 7th Fl., Washington, DC 20001 on 4/5/2024 at 11:10
a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____ 4/5/2024 _____          _____
                                              *Server's signature*

                                    _____ Mike Lievano, Process Server _____
                                              *Printed name and title*

                                    _____ P.O. Box 18647, Washington, DC 20036 _____
                                              *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

**Field Sheet**          *TORRI'S LEGAL SERVICES*          **70648**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**                                    Priority:  **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Paul Riley**

Metropolitan Police Department, 441 4th Street NW, 7th Floor, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order for Civil Cases, Standard Order for Civil Cases and Additional Plaintiff Joining In The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual     Substitute     Post     Non-service     Corporate     Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY    **MARITAL STATUS:** [ ] MARRIED [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) )<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| Sargeant Daniel Thau et al. | ) )<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Paul Riley
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Paul Riley

was received by me on *(date)*    4/4/2024                        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*   General Counsel's office refused to accept the documents on behalf of the officers. Service was
attempted at Metro Police Dept., 441 4th St., NW, 7th Fl., Washington, DC 20001 on 4/5/2024 at 11:10
a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/5/2024

_____
*Server's signature*

Mike Lievano, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**70649**

**Serve By: 04/04/2024**

Date received: 4/4/2024  **Client File #**

Assigned to:  Mike Lievano

**Priority:** **RUSH**

**SERVE TO: Robert Glover**

Metropolitan Police Department, 441 4th Street NW, 7th Floor, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                               WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual          Substitute          Post          Non-service          Corporate          Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:**  [ ] MARRIED  [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert Glover
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Robert Glover

was received by me on *(date)*   4/4/2024   .

☐  I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____  ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*  General Counsel's office refused to accept the documents on behalf of the officers. Service was attempted at Metro Police Dept., 441 4th St., NW, 7th Fl., Washington, DC 20001 on 4/5/2024 at 11:10 a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/5/2024

_____
*Server's signature*

Mike Lievano, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Field Sheet**   *TORRI'S LEGAL SERVICES*   **70650**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**                          **Priority:** **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Jason Bagshaw**

Metropolitan Police Department, 441 4th Street NW, 7th Floor, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post | |
|---|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual    Substitute    Post    Non-service    Corporate    Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY    **MARITAL STATUS:** [  ] MARRIED [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

<table>
<tr><td>Edward Jacob Lang et al.,</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>Sargeant Daniel Thau et al.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td></tr>
</table>

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jason Bagshaw
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Jason Bagshaw

was received by me on *(date)*    4/4/2024                    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify)*:   General Counsel's office refused to accept the documents on behalf of the officers. Service was
attempted at Metro Police Dept., 441 4th St., NW, 7th Fl., Washington, DC 20001 on 4/5/2024 at 11:10
a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____4/5/2024_____

_____
*Server's signature*

_____
Mike Lievano, Process Server
*Printed name and title*

_____
P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

# 70651

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**Priority:** **RUSH**

**SERVE TO: Pamela A. Smith**

Metropolitan Police Department, 441 4th Street NW, 7th Floor, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC           District

**Court Case #:** 1:24-CV-00295-DLF

**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:

DATE/TIME                                                      WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual      Substitute       Post      Non-service      Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:** [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Pamela A. Smith
        Metropolitan Police Department
        441 4th Street NW
        7th Floor
        Washington, DC 20001

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stefanie L. Lambert, Esq.
        400 Renaissance Ctr., Fl. 26
        Detroit, MI 48243-1502

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    4/2/2024                    /s/ Michele M. Grady

                                       *Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*        Pamela A. Smith

was received by me on *(date)*    4/4/2024            .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  General Counsel's office refused to accept the documents on behalf of the officers. Service was
attempted at Metro Police Dept., 441 4th St., NW, 7th Fl., Washington, DC 20001 on 4/5/2024 at 11:10
a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____4/5/2024_____              _____
                                                    *Server's signature*

                                        _____Mike Lievano, Process Server_____
                                                    *Printed name and title*

                                        _____P.O. Box 18647, Washington, DC  20036_____
                                                    *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

### 70652

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Frank Edwards**

Metropolitan Police Department, 441 4th Street NW, 7th Floor, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                             WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)      Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____  Title/Relation:_____

Skin/Race_____  Sex: M / F  Age:_____  Height:_____  Weight:_____  Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:_____

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   1:24-cv-00295-DLF

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Frank Edwards
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Frank Edwards

was received by me on *(date)*   4/4/2024                 .

☐  I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*    General Counsel's office refused to accept the documents on behalf of the officers. Service was
attempted at Metro Police Dept., 441 4th St., NW, 7th Fl., Washington, DC 20001 on 4/5/2024 at 11:10
a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____ 4/5/2024 _____              _____
                                                        *Server's signature*

                                              Mike Lievano, Process Server
                                           _____
                                                      *Printed name and title*

                                              P.O. Box 18647, Washington, DC  20036
                                           _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

**Field Sheet**   *TORRI'S LEGAL SERVICES*   **70653**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**   Priority: **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Sargeant Daniel Thau**

Metropolitan Police Department, 441 4th Street NW, 7th Floor, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual     Substitute     Post     Non-service     Corporate     Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:** [ ] MARRIED [ ] OTHER

Notes/Signature:



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) ) |
| Sargeant Daniel Thau et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sargeant Daniel Thau
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/2/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*           Sargeant Daniel Thau

was received by me on *(date)*   4/4/2024          .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):* General Counsel's office refused to accept the documents on behalf of the officers. Service was
attempted at Metro Police Dept., 441 4th St., NW, 7th Fl., Washington, DC 20001 on 4/5/2024 at 11:10
a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____ 4/5/2024 _____          _____

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

**Field Sheet**   *TORRI'S LEGAL SERVICES*   **70654**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**                                   Priority: **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Tara Tindall**

Metropolitan Police Department, 441 4th Street NW, 7th Floor, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:**  [ ] MARRIED  [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Tara Tindall
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                                    /s/ Michele M. Grady
_____                    _____
                                                    *Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ Tara Tindall _____

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify)*:   General Counsel's office refused to accept the documents on behalf of the officers. Service was attempted at Metro Police Dept., 441 4th St., NW, 7th Fl., Washington, DC 20001 on 4/5/2024 at 11:10 a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/5/2024 _____

_____
*Server's signature*

Mike Lievano, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70655**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

**Serve By: 04/04/2024**                                          Priority: **RUSH**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**SERVE TO: Robert J. Contee, III**

Metropolitan Police Department, 441 4th Street NW, 7th Floor, Washington, DC 20001

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post      Non-service      Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY    **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert J. Contee, III
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024                                    /s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Robert J. Contee, III

was received by me on *(date)*   4/4/2024          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  General Counsel's office refused to accept the documents on behalf of the officers. Service was
attempted at Metro Police Dept., 441 4th St., NW, 7th Fl., Washington, DC 20001 on 4/5/2024 at 11:10
a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____ 4/5/2024 _____          _____
                                              *Server's signature*

                                              Mike Lievano, Process Server
                                              *Printed name and title*

                                              P.O. Box 18647, Washington, DC  20036
                                              *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**

)
)
)
vs )
)
)
**SARGEANT DANIEL THAU, et al** )
**Defendant** )
\

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO PAMELA A. SMITH

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Pamela A. Smith by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7230.

Service was delivered to  Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
Date



70848

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

## 70171450000145147230

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

**Product Information**                                               ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers


EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

EDWARD JACOB LANG, et al
**Plaintiff**

)
)
)
vs )
)
)
SARGEANT DANIEL THAU, et al )
**Defendant** )
)
\

**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## <u>AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO J. THOMAS MANGER</u>

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to J. Thomas Manger by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7230.

Service was delivered to  United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
_____
Date



70865

_____
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147230

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

---

**Text & Email Updates**                         ⌄

---

**USPS Tracking Plus®**                          ⌄

---

**Product Information**                          ⌄

---

See Less ⌃

Track Another Package

Enter tracking or barcode numbers



**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff**<br><br>**vs**<br><br>**SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>\ |

) **REGISTERED/PRIORITY/CERTIFIED**
) **MAILING AFFIDAVIT**

 **Case Number: 1:24-CV-00295-DLF**

## <u>AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO THOMAS A. DIBIASE</u>

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases and Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Thomas A. Dibiase by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7230 .

Service was delivered to  United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

<u>   4-15-24   </u>
    Date



   70864

<u>         </u>
    **Torri Schaffer**
    P.O. Box 18647
   Washington, DC  20036
    202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147230

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                      ⌄

**Product Information**                                      ⌄

**See Less ^**

Track Another Package

Enter tracking or barcode numbers



**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff**<br><br>**vs**<br><br>**SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>\ |

)  **REGISTERED/PRIORITY/CERTIFIED**
)  **MAILING AFFIDAVIT**

)   **Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO UNITED STATES CAPITOL POLICE

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to United States Capitol Police by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7230.

Service was delivered to  The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
Date



_____
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70863

# USPS Tracking®

FAQs >

Tracking Number:

## 70171450000145147230

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

### Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers



IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, et al
Plaintiff

)
)
)
)

vs

)

**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

)

SARGEANT DANIEL THAU, et al
Defendant

)
)
)
\

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO JASON BAGSHAW

The undersigned, Torri Schaffer, having been duly authorized to make service of the *Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Jason Bagshaw by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7230 .

Service was delivered to  Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
Date



70847

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147230

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                            ⌄

**USPS Tracking Plus®**                                              ⌄

**Product Information**                                              ⌄

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers



**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff**<br><br>**vs**<br><br>**SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>\ |

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO LILA MORRIS

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases and Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Lila Morris by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7230.

Service was delivered to  Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
Date



70854

*Torri Schaffer*
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs ›

Remove ✕

Tracking Number:

## 70171450000145147230

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001

April 9, 2024, 1:28 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                                  ⌄

**USPS Tracking Plus®**                                                    ⌄

**Product Information**                                                    ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers



# Field Sheet

## TORRI'S LEGAL SERVICES

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

**70615**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

Priority:  **RUSH**

**SERVE TO: Jimmy Crisman**

Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District

**Court Case #:** 1:24-CV-00295-DLF

**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|

SERVICE ATTEMPTS:

DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post      Non-service      Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jimmy Crisman
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*   Jimmy Crisman

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____   ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*   Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC 20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024   _____

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70617**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024 Client File #

Priority: **RUSH**

Assigned to: Mike Lievano

**SERVE TO: Paul Riley**

Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC        District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As** ☐ Personal ☐ Substitute ☐ Corporate ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual    Substitute    Post    Non-service    Corporate    Government

Served: Date:___/___/24 Time:___:___ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N Facial Hair: Y / N Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY **MARITAL STATUS:** [ ] MARRIED [ ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Paul Riley
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Paul Riley

was received by me on *(date)*    4/4/2024          .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.

Date:     4/4/2024          _____
                                                         *Server's signature*

                                              Mike Lievano, Process Server
                                              _____
                                                         *Printed name and title*

                                              P.O. Box 18647, Washington, DC  20036
                                              _____
                                                         *Server's address*


Additional information regarding attempted service, etc:


Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70618**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By:** **04/04/2024**

Date received: 4/4/2024   Client File #

**Priority:** **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Robert Glover**

Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Robert Glover
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Robert Glover

was received by me on *(date)*    4/4/2024    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.

Date: _____4/4/2024_____          _____
                                                                  *Server's signature*

                                                          Mike Lievano, Process Server
                                                          _____
                                                                  *Printed name and title*

                                                          P.O. Box 18647, Washington, DC  20036
                                                          _____
                                                                  *Server's address*


Additional information regarding attempted service, etc:


Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70619**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Priority: **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Jason Bagshaw**

Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal    ☐ Substitute    ☐ Corporate    ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |  |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Jason Bagshaw
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date: 4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ Jason Bagshaw _____

was received by me on *(date)* __4/4/2024__ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  ___4/4/2024___          _____
                                        *Server's signature*

                                        Mike Lievano, Process Server
                                        *Printed name and title*

                                        P.O. Box 18647, Washington, DC  20036
                                        *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70620**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

**Priority:** **RUSH**

Assigned to:   Mike Lievano

**SERVE TO: Pamela A. Smith**

Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**   ☐ Personal    ☐ Substitute    ☐ Corporate    ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br> v. <br><br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Pamela A. Smith
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Pamela Smith

was received by me on *(date)*   4/4/2024          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*   Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:      4/4/2024          _____

*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70621**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

**Priority:   RUSH**

**SERVE TO: Frank Edwards**

Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| Serve As | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                              WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post       Non-service       Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY    **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| | ) | |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Frank Edwards
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ Frank Edwards _____

was received by me on *(date)* ___4/4/2024___ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____4/4/2024_____          _____

*Server's signature*

_____Mike Lievano, Process Server_____
*Printed name and title*

_____P.O. Box 18647, Washington, DC  20036_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70624**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

Priority: **RUSH**

**SERVE TO: Sargeant Daniel Thau**

Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC        District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____, Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED   [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sargeant Daniel Thau
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Sargeant Daniel Thau

was received by me on *(date)*    4/4/2024          .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

,                              , a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☒ I returned the summons unexecuted because                                        ; or

Other *(specify):*   Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $              for travel and $              for services, for a total of $                    .

I declare under penalty of perjury that this information is true.

Date:      4/4/2024

_____
*Server's signature*

Mike Lievano, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70625**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

**Serve By: 04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

Priority:   **RUSH**

**SERVE TO: Tara Tindall**

Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC         District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)     Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Tara Tindall
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date: 4/2/2024

/s/ Michele M. Grady
_Signature of Clerk or Deputy Clerk_

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Tara Tindall

was received by me on *(date)*   4/4/2024            .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*   Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    4/4/2024          _____
                                              *Server's signature*

                                        Mike Lievano, Process Server
                                        _____
                                              *Printed name and title*

                                        P.O. Box 18647, Washington, DC  20036
                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

## 70626

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

**Serve By: 04/04/2024**

Date received: 4/4/2024  Client File #

Priority: **RUSH**

Assigned to: Mike Lievano

**SERVE TO: Robert J. Contee, III**

Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS. PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS. Thanks, Chris**

**Court:** DC USDC        District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

| **Serve As** | ☐ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____  Sex: M / F  Age:_____  Height:_____  Weight:_____  Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:.

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:** [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Robert J. Contee, III
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Robert J. Contee, III

was received by me on *(date)*    4/4/2024          .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024

_____
*Server's signature*

_____
Mike Lievano, Process Server
*Printed name and title*

_____
P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70627**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024  Client File #

Assigned to:  Mike Lievano

**SERVE TO: Lila Morris**

Priority: **RUSH**

Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC    District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                          WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual        Substitute        Post        Non-service        Corporate        Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Lila Morris
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



_CLERK OF COURT_

Date: 4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

Civil Action No.    1:24-CV-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Lila Morris

was received by me on *(date)*    4/4/2024                .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: ____4/4/2024____          _____

                                                          *Server's signature*

                                           ____Mike Lievano, Process Server____

                                                          *Printed name and title*

                                           ____P.O. Box 18647, Washington, DC  20036____

                                                          *Server's address*

Additional information regarding attempted service, etc:


Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

# Field Sheet

## TORRI'S LEGAL SERVICES

**70628**

**18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879**
**301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com**

Serve By: **04/04/2024**

Date received: 4/4/2024   Client File #

Assigned to:   Mike Lievano

Priority:   **RUSH**

**SERVE TO: William Robert Norwood**

United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington,

Service Instrns: **PLEASE SERVE SOMEONE AUTHORIZED TO ACCEPT SERVICE OF PROCESS.  PLEASE OBTAIN NAME AND TITLE OF PERSON ACCEPTING DOCUMENTS.  Thanks, Chris**

**Court:** DC USDC          District
**Court Case #:** 1:24-CV-00295-DLF
**Documents:** Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint

**Serve As**  ☐ Personal   ☐ Substitute   ☐ Corporate   ☐ Post

SERVICE ATTEMPTS:
DATE/TIME                                        WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)   Individual      Substitute      Post      Non-service      Corporate      Government

Served:  Date:____/____/24  Time:____:____ AM / PM

Served To:_____ Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N   Facial Hair: Y / N  Other:

**MILITARY STATUS:** [  ] NOT IN MILITARY [  ] IN MILITARY   **MARITAL STATUS:**  [  ] MARRIED  [  ] OTHER

Notes/Signature:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br> v. <br><br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> William Robert Norwood
> United States Capitol Police
> 119 D Street, NE
> Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

Civil Action No.   1:24-CV-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   _William Robert Norwood_

was received by me on *(date)*   4/4/2024   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):*  Refused service. They don't accept at this location. Attempted service at The District of Columbia
Attorney General at 441 4th Street, NW, Washington, DC  20001 on 4/4/2024 at 3:58 p.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   4/4/2024 _____       _____
                                                         *Server's signature*

                                                         Mike Lievano, Process Server
                                                         _____
                                                         *Printed name and title*

                                                         P.O. Box 18647, Washington, DC  20036
                                                         _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024
Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The
Complaint

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**EDWARD JACOB LANG, et al**
**Plaintiff**

    )
    )
**vs**    )
    )
    )
**SARGEANT DANIEL THAU, et al**
**Defendant**
    )
    )
    \

**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

    **Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO JAMES W. JOYCE

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases and Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to James W. Joyce by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7223.

Service was delivered to  United States Capitol Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

_____
4-15-24
Date



_____
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

70862

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

70171450000145147223

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates                                                      ⌄

USPS Tracking Plus®                                                       ⌄

Product Information                                                       ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers



# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                   )
                                                )
                                                )   **REGISTERED/PRIORITY/CERTIFIED**
**vs**                                          )   **MAILING AFFIDAVIT**
                                                )
**SARGEANT DANIEL THAU, et al**                 )
**Defendant**                                   )        **Case Number: 1:24-CV-00295-DLF**
                                                \

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO TARA TINDALL

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Tara Tindall by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7223.

Service was delivered to  Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4·15·24
_____
Date



70852

_Torri Schaffer_
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147223

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Delivered
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**                                          ⌄

**USPS Tracking Plus®**                                           ⌄

**Product Information**                                           ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers


EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**                                              )
                                                           )
                                                           )
**vs**                                                     )     **REGISTERED/PRIORITY/CERTIFIED**
                                                           )     **MAILING AFFIDAVIT**
                                                           )
**SARGEANT DANIEL THAU, et al**                            )
**Defendant**                                              )     **Case Number: 1:24-CV-00295-DLF**
                                                           \

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO SARGEANT DANIEL THAU

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases and Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Sargeant Daniel Thau by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7223.

Service was delivered to  Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.  See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)


_4-15-24_
Date



70851

_Torri Schaffer_
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70171450000145147223

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

Delivered
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                        ⌄

**USPS Tracking Plus®**                                         ⌄

**Product Information**                                         ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers



# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**EDWARD JACOB LANG, et al**
**Plaintiff**

)
)
)

**vs**

)
)
)

**REGISTERED/PRIORITY/CERTIFIED**
**MAILING AFFIDAVIT**

**SARGEANT DANIEL THAU, et al**
**Defendant**

)
)
\

**Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO THOMAS LOYD

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Thomas Loyd by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7223.

Service was delivered to  United States Capital Police c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
Date



70860

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147223

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001

April 9, 2024, 1:28 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**                                             ⌄

**USPS Tracking Plus®**                                              ⌄

**Product Information**                                              ⌄

### See Less ⌃

Track Another Package

Enter tracking or barcode numbers



*EXHIBIT A*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**EDWARD JACOB LANG, et al**
**Plaintiff**

        )
        )

**vs**

        )
        )

**SARGEANT DANIEL THAU, et al**
**Defendant**

        )
        )
        \

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

  **Case Number: 1:24-CV-00295-DLF**

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO FRANK EDWARDS

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Frank Edwards by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7223.

Service was delivered to  Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4-15-24
Date



70849

**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147223

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**      ∨

**USPS Tracking Plus®**      ∨

**Product Information**      ∨

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers



**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD JACOB LANG, et al**<br>**Plaintiff**<br><br>**vs**<br><br>**SARGEANT DANIEL THAU, et al**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>\    **REGISTERED/PRIORITY/CERTIFIED**<br>**MAILING AFFIDAVIT**<br><br>   **Case Number: 1:24-CV-00295-DLF** |

## AFFIDAVIT OF CERTIFIED/PRIORITY MAIL TO ROBERT J. CONTEE, III

The undersigned, Torri Schaffer, having been duly authorized to make service of the ***Summons, Civil Complaint, Civil Complaint (Amended Filing To The January 5, 2024 Submission), Standard Order For Civil Cases, Standard Order For Civil Cases, Additional Plaintiff Joining in The Complaint*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  CERTIFIED/PRIORITY MAILING SERVICE:  Service was mailed to Robert J. Contee, III by mailing the documents by Certified/Priority Mail, Tracking Number 7017 1450 0001 4514 7223.

Service was delivered to  Metropolitan Police Department c/o The District of Columbia Attorney General, 441 Fourth Street, NW, Washington, DC 20001 on 04/09/2024 1:28 PM.   See attached a copy of the United States Post Office Website Delivery Notice. (Exhibit A)

4·15·24
_____
Date



70853

_____
**Torri Schaffer**
P.O. Box 18647
Washington, DC  20036
202-296-0222

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70171450000145147223

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:28 pm on April 9, 2024 in WASHINGTON, DC 20001.

Get More Out of USPS Tracking:

USPS Tracking Plus®

Delivered
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001
April 9, 2024, 1:28 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                     ⌄

Product Information                                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) |
| | ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Thomas A. Dibiase
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas A. Dibiase, General Counsel

was received by me on *(date)* April 4, 2024 .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEx, tracking# 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> William Robert Norwood
> United States Capitol Police
>  119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  William Robert Norwood

was received by me on *(date)*  April 4, 2024 .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Sent via FedEX, tracking# 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024        _____
                                            *Server's signature*

                                       Dana Arbuckle
                                       *Printed name and title*

                        253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                                       *Server's address*

Additional information regarding attempted service, etc:

                                       /s/ MMichele M. Grady

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

<table>
<tr><td>Edward Jacob Lang et al.,</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>Sargeant Daniel Thau et al.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td></tr>
</table>

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The District of Columbia
> 441 Fourth Street, N.W.
> Washington DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/3/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  The District of Columbia

was received by me on *(date)*  April 4, 2024

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEx, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 3427
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jason Bagshaw
Washington D.C. Headquarters
2235 Shannon Place SE
Suite 3040,
Washington DC 20020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lt. Jason Bagshaw

was received by me on *(date)*  April 4, 2024

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEx, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S Ste 126 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Jason Bagshaw
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lt. Jason Bagshaw

was received by me on *(date)* April 4, 2024 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Sent via FedEX, tracking # 272980882454


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*


253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | )<br>)<br>)<br>)<br>) |
| _Plaintiff(s)_ | ) |
| v. | )   Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | )<br>)<br>)<br>) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

        Lila Morris
        Metropolitan Police Department
        441 4th Street NW
        7th Floor
        Washington, DC 20001

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stefanie L. Lambert, Esq.
        400 Renaissance Ctr., Fl. 26
        Detroit, MI 48243-1502

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Officer Lila Morris

was received by me on *(date)*  April 4, 2024 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980 882454

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

<table>
<tr><td>Edward Jacob Lang et al.,</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.  1:24-cv-00295-DLF</td></tr>
<tr><td>Sargeant Daniel Thau et al.</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Tara Tindall
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Tara Tindall

was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Sent via FedEX, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trails Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

      Paul Riley
      Metropolitan Police Department
      441 4th Street NW
      7th Floor
      Washington, DC 20001

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Stefanie L. Lambert, Esq.
      400 Renaissance Ctr., Fl. 26
      Detroit, MI 48243-1502

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Paul Riley

was received by me on *(date)*  April 4, 2024.

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  Sent via FedEX, tracking # 272980 882454

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Dana Arbuckle
*Server's signature*

_____
Dana Arbuckle
*Printed name and title*

_____
253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jimmy Crisman
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/2/2024                                    /s/ Michele M. Grady
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Officer Jimmy Crisman

was received by me on *(date)*  April 4, 2024 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via  FedEx, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024          _____
                                *Server's signature*

                              Dana Arbuckle
                                *Printed name and title*


              253 Tami ami Trails, Ste, 120  Nokomis, FL 34275
                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Frank Edwards
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sargeant  Frank  Edwards

was received by me on *(date)*   April 4, 2024.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent  via FedEX, tracking # 272 980882 454

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trails Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert J. Contee, III
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/2/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert J. Contee III

was received by me on *(date)* April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEX, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Pamela A. Smith
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pamela A. Smith
was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEx, tracking #27298088 2454

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

        Sargeant Daniel Thau
        Metropolitan Police Department
        441 4th Street NW
        7th Floor
        Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stefanie L. Lambert, Esq.
        400 Renaissance Ctr., Fl. 26
        Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sargeant Daniel Thau

was received by me on *(date)* April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* sent via FedEX, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert Glover
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   4/2/2024                              /s/ Michele M. Grady

                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sargeant Robert Glover

was received by me on *(date)*   April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980882454

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024                            _____
                                                            *Server's signature*

                                                Dana Arbuckle
                                                _____
                                                            *Printed name and title*

                                    253 Tamiami Trail S, Ste 120  Nokomis, FL 34275
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James W. Joyce
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   James W. Joyce, Senior Counsel
was received by me on *(date)*   April 4, 2024.

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEX, tracking # 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   April 5, 2024            _____
                                                       *Server's signature*

                                                   Dana Arbuckle
                                                  _____
                                                       *Printed name and title*

                                          253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                                          _____
                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | )  Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                                    /s/ Michele M. Grady
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   United States Capitol Police

was received by me on *(date)*   April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Sent via FedEX, tracking # 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> J. Thomas Manger
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  J. Thomas Manger, Chief
was received by me on *(date)*  April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEx, tracking# 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Yogananda Pittman
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Yogananda Pittman

was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980 T13 554

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Server's signature

Dana  Arbuckle
Printed name and title

253 Tamiami Trail S. Ste 120 Nokomis, FL 34275
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br>_____ <br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  1:24-cv-00295-DLF <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

            Eric Waldo
            United States Capitol Police
            119 D Street, NE
            Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Stefanie L. Lambert, Esq.
            400 Renaissance Ctr., Fl. 26
            Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024

            /s/ Michele M. Grady
                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Eric Waldo, Deputy Chief
was received by me on *(date)*  April 4, 2024 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEx, tracking # 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024
_____
                *Server's signature*

Dana Arbuckle
                *Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas Loyd
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                          /s/ Michele M. Grady
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Thomas Loyd, Inspector

was received by me on *(date)*  April 4, 2024 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980 713554

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
_____
*Printed name and title*

253 Tamiami Trail S ste120 Nokomis FL 34275
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Bryant Williams
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024                              /s/ Michele M. Grady
                                          _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Bryant Williams

was received by me on *(date)*  April 4, 2024.

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Sent via FedEX, tracking # 272980713554

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Server's signature

Dana   Arbuckle
Printed name and title

253 Tamiami Trail S. Ste 120  Nokomis, FL 34275
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Michael Leroy Byrd
United States Capitol Police
119 D Street, NE
Washington, DC 20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/2/2024                                    /s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lt. Michael Leroy Byrd

was received by me on *(date)* April 4, 2024.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent via FedEX, tracking # 272980 713 554

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024                    _____
                                              *Server's signature*

                                       Dana  Arbuckle
                                              *Printed name and title*


                      253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

       The District of Columbia
       441 Fourth Street, N.W.
       Washington DC 20001

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Stefanie L. Lambert, Esq.
       400 Renaissance Ctr., Fl. 26
       Detroit, MI 48243-1502

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/3/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The District of Columbia

was received by me on *(date)* April 4, 2024 .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Email, USCapitolPolice@uscp.gov, mpd@dc.gov, mpd.subpoenas@dc.gov, oag@dc.gov, USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

      Sargeant Daniel Thau
      Metropolitan Police Department
      441 4th Street NW
      7th Floor
      Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Stefanie L. Lambert, Esq.
      400 Renaissance Ctr., Fl. 26
      Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sargeant  Daniel  Thau

was received by me on *(date)*   April 4, 2024 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Email : USCapitolPolice @uscp.gov , mpd@dc.gov,
mpd.subpoenas@dc.gov, USADC.ServiceCivil@usdoj.gov
oag@dc.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trails, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) |
| _____ | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert Glover
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024                                    /s/ Michele M. Grady
_____                        _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Robert Glover

was received by me on *(date)*  April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* email: UScapitol Police @uscp.gov, mpd@dc.gov,
mpd.subpoenas @dc.gov, oag@dc.gov,
USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Dana Arbuckle
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Pamela A. Smith
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pamela  A.  Smith
was received by me on *(date)*  April 4, 2024

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Email: USCapitalPolice @uscp.gov, mpd@dc.gov, mpd.subpoenas @ dc.gov, oag @ dc.gov, USADC. ServiceCivil@ usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

*Dana Arbuckle*
*Server's signature*

Dana  Arbuckle
*Printed name and title*

253 Tamiami Trail S. Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) <br> ) <br> ) <br> ) |
| _____ <br> *Plaintiff(s)* | ) <br> ) <br> ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) <br> ) <br> ) |
| _____ <br> *Defendant(s)* | ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Robert J. Contee, III
        Metropolitan Police Department
        441 4th Street NW
        7th Floor
        Washington, DC 20001

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stefanie L. Lambert, Esq.
        400 Renaissance Ctr., Fl. 26
        Detroit, MI 48243-1502

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/2/2024  _____

          /s/ Michele M. Grady
          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Robert J. Contee III

was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Email: USCapitolPolice@uscp.gov, mpd@dc.gov, mpd.subpoenas@dc.gov, oag@dc.gov, USADC, ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S Ste 120 Nokomis FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> *Plaintiff(s)* <br><br> v. <br><br> Sargeant Daniel Thau et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Frank Edwards
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Frank Edwards

was received by me on *(date)*  April 4, 2024 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Email: USCapitolPolice @uscp.gov, mpd @dc.gov, mpd.Subpoenas@dc.gov, oag@dc.gov, USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
_____
*Printed name and title*

253 Tamiami Trail S Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Jimmy Crisman
      Metropolitan Police Department
      441 4th Street NW
      7th Floor
      Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Stefanie L. Lambert, Esq.
      400 Renaissance Ctr., Fl. 26
      Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/2/2024

/s/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Officer Jimmy Crisman

was received by me on *(date)*  April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Email: USCapitolPolice@uscp.gov, mpd@dc.gov, mpd.subpoenas@dc.gov, oag@dc.gov, USADC.serviceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Server's signature

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S., Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Paul Riley
        Metropolitan Police Department
        441 4th Street NW
        7th Floor
        Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stefanie L. Lambert, Esq.
        400 Renaissance Ctr., Fl. 26
        Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024   _____     /s/ Michele M. Grady
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Paul Riley

was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Email : USCapitol Police @uscp.gov, mpd@dc.gov, mpd.subpoenas@dc.gov, oag@dc.gov, USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

       Tara Tindall
       Metropolitan Police Department
       441 4th Street NW
       7th Floor
       Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Stefanie L. Lambert, Esq.
       400 Renaissance Ctr., Fl. 26
       Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/2/2024

             /s/ Michele M. Grady
             _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant  Tara  Tindall

was received by me on *(date)*  April 4, 2024

□ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  Email: USCapitolPolice@uscp.gov, mpd@dc.gov,
mpd.subpoenas@dc.gov, oag@dc.gov,
USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S. ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Lila Morris
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024                           /s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Officer Lila Morris

was received by me on *(date)*   April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Email: USCapitol Police @ uscp.gov,
mpd@dc.gov, mpd.subpoenas@dc.gov, oag@dc.gov,
USAPCoServiceCivil @ usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Jason Bagshaw
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                                             /s/ Michele M. Grady
                                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lt. Jason Bagshaw

was received by me on *(date)*   April 4, 2024.

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Email: uscapitolPolice@uscp.gov, mpd@dc.gov,
mpd.subpoenas@dc.gov, oag@dc.gov,
USADC.serviceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024                          _____
                                                          *Server's signature*

                                             Dana Arbuckle
                                             _____
                                                          *Printed name and title*


                          253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Jason Bagshaw
> Washington D.C. Headquarters
> 2235 Shannon Place SE
> Suite 3040,
> Washington DC 20020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jason Bagshaw

was received by me on *(date)*  April 4, 2024

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Email: USCapitolPolice@uscp.gov, mpd@dc.gov,
mpd.subpoenas@dc.gov, oag@dc.gov,
USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trails, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   United States Capitol Police

was received by me on *(date)*   April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*  Email : USCapitol Police @ uscp.gov, mpd @ dc.gov,
mpd.subpoenas @ dc.gov , oag @ dc.gov,
USADC.ServiceCivil @ usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S ste 120 Nokomis FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> J. Thomas Manger
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/2/2024                                    /s/ Michele M. Grady
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  J. Thomas Manger

was received by me on *(date)*  April 4, 2024.

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Email! USCapitolPolice@ uscp.gov, mpd@dc.gov, mpd.subpoenas@dc.gov, oag@dc.gov, USADC @ServiceCivil @ usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
Server's signature

Dana Arbuckle
Printed name and title

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Yogananda Pittman
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                          /s/ Michele M. Grady
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Yogananda Pittman

was received by me on *(date)*   April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Email: UsCapitolPolice@uscp.gov, mpd@dc.gov, mpd.subpoenas@dc.gov, oag@dc.gov, USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
Server's signature

Dana Arbuckle
Printed name and title

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Eric Waldo
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                      /s/ Michele M. Grady

                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Eric Waldo

was received by me on *(date)*   April 4, 2024.

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Email : USCapitol Police @ uscp. gov, mpd @ dc . gov,
mpd . subpoenas @ dc . gov, oag @ dc . gov,
USADC . ServiceCivil @ usdoj . gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Server's signature

Dana Arbuckle
Printed name and title

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

        Thomas Loyd
        United States Capitol Police
        119 D Street, NE
        Washington, DC  20510

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stefanie L. Lambert, Esq.
        400 Renaissance Ctr., Fl. 26
        Detroit, MI 48243-1502

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

        /s/ Michele M. Grady
        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      Thomas  Loyd

was received by me on *(date)*      April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Email:. USCapitol Police @ uscp.gov, mpd@dc.gov, mpd.subpoenas@dc.gov, oag@dc.gov, USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024            _____
                                        *Server's signature*

                                        Dana  Arbuckle
                                        *Printed name and title*


                            253 Tamiami Trail S Ste 120 Nokomis, FL 34275
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Bryant Williams
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sargeant Bryant Williams
was received by me on *(date)*   April 4, 2024.

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Email: uscapitolPolice@uscp.gov, mpd@dc.gov,
mpd.subpoenas@dc.gov, oag@dc.gov,
USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael Leroy Byrd
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lt. Michael Leroy Byrd

was received by me on *(date)*  April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Email : USCapitolPolice@uscp.gov, mpd@dc.gov, mpd.subpoenas@dc.gov, oag@dc.gov, USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trails Ste 120 Nokomis FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Thomas A. Dibiase
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                                   /s/ Michele M. Grady

                                   _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Thomas A. Dibiase

was received by me on *(date)*  April 4, 2024

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Email : USCapitol Police @uscp.gov, mpd@dc.gov,
mpd. subpoenas @ dc.gov, oag@dc.gov,
USADC. Service Civil @ usdoj . gov

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James W. Joyce
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024                          /s/ Michele M. Grady
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   James  W.  Joyce

was received by me on *(date)*   April 4, 2024.

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Email : USCapitolPolice@uscp.gov, mpd@dc.gov,
mpd.subpoenas@dc.gov, oag@dc.gov,
USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024                    _____
                                          *Server's signature*

                                          Dana Arbuckle
                                          *Printed name and title*


                                          253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

William Robert Norwood
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  William Robert Norwood

was received by me on *(date)*  April 4, 2024.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Email: USCapitolPolice@uscp.gov, mpd@dc.gov,
mpd.subpoenas@dc.gov, oag@dc.gov,
USADC.ServiceCivil@usdoj.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Server's signature

Dana Arbuckle
Printed name and title

253 Tamiami Trail S, Ste 120 Nokomis FL 34275
Server's address

Additional information regarding attempted service, etc:

/s/ MMichele M. Grady

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Edward Jacob Lang et al.,

                                    )
                                    )
                                    )
                                    )
_____             )
        *Plaintiff(s)*               )
            v.                       )    Civil Action No.  1:24-cv-00295-DLF
                                     )
Sargeant Daniel Thau et al.          )
                                     )
                                     )
_____              )
        *Defendant(s)*               )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Sargeant Daniel Thau
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024  _____        /s/ Michele M. Grady
                                        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Daniel Thau

was received by me on *(date)*  April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  certified mail / return receipt (usps)


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*  Dana Arbuckle

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> The District of Columbia
> 441 Fourth Street, N.W.
> Washington DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  4/3/2024                                     /s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The District of Columbia

was received by me on *(date)* April 4, 2024 .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified mail / return receipt ( USPS)


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*


253 Tamiami Trail S., Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Pamela A. Smith
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Pamela A. Smith

was received by me on *(date)*   April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   USPS certified mail / return receipt


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024          _____
                                        *Server's signature*

                              Dana Arbuckle
                              _____
                                        *Printed name and title*


                    253 Tamiami Trail S, Ste. 120 Nokomis, FL 34275
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

|  |  |
|---|---|
| Edward Jacob Lang et al., | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Robert J. Contee, III
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                                    /s/ Michele M. Grady
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Robert J. Contee III

was received by me on *(date)*  April 4, 2024 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  USPS certified mail/return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  1:24-cv-00295-DLF <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Frank Edwards
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024 _____          /s/ Michele M. Grady
                                    _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Sargeant Frank Edwards

was received by me on *(date)*   April 4, 2024.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   USPS certified mail / return receipt


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 3, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Jimmy Crisman
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024 _____          /s/s/ Michele M. Grady
                                 _____
                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Officer Jimmy Crisman

was received by me on *(date)*  April 4, 2024.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS certified mail / return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Server's signature

Dana Arbuckle
Printed name and title

253 Tamiami Trail S. Ste. 120 Nokomis, FL 34275
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No.  1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Paul Riley
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant  Paul  Riley

was received by me on *(date)*   April 4, 2024.

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS certified mail /return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____ Dana Arbuckle
Server's signature

Dana Arbuckle
Printed name and title

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Edward Jacob Lang et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tara Tindall
Metropolitan Police Department
441 4th Street NW
7th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/2/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Tara Tindall

was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS certified mail / return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024                        _____
                                                          *Server's signature*

                                                      Dana Arbuckle
                                                      *Printed name and title*

                                            253 Tamiami Trail S, Ste 120 Nokomis FL 34275
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Lila Morris
>Metropolitan Police Department
>441 4th Street NW
>7th Floor
>Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Stefanie L. Lambert, Esq.
>400 Renaissance Ctr., Fl. 26
>Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Officer Lila Morris

was received by me on *(date)*   April 4, 2024

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS certified mail/return receipt


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*


253 Tamiami Trail S. Ste. 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Jason Bagshaw
> Metropolitan Police Department
> 441 4th Street NW
> 7th Floor
> Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lt. Jason Bagshaw

was received by me on *(date)*   April 4, 2024 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   USPS certified mail /return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Edward Jacob Lang et al.,

)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

Civil Action No.  1:24-cv-00295-DLF

Sargeant Daniel Thau et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Capitol Police
was received by me on *(date)*  April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* USPS certified mail / return receipt


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date:  April 5, 2024                          _____
                                              *Server's signature*

                                              Dana Arbuckle
                                              *Printed name and title*


                          253 Tamiami Trail S. Ste 120 Nokomis, FL 34275
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Edward Jacob Lang et al.,

)
)
)
)
)
*Plaintiff(s)*                                  )
v.                                          )      Civil Action No.  1:24-cv-00295-DLF
)
Sargeant Daniel Thau et al.                     )
)
)
)
*Defendant(s)*                                )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

J. Thomas Manger
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024                                    /s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  J. Thomas Manger

was received by me on *(date)*  April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS certified mail / return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Edward Jacob Lang et al.,

)
)
)
)

*Plaintiff(s)*

)
)
)

v.

Civil Action No.  1:24-cv-00295-DLF

Sargeant Daniel Thau et al.

)
)
)
)
)

*Defendant(s)*

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Yogananda Pittman
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Yogananda Pittman

was received by me on *(date)* April 4, 2024.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* USPS certified mail / return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
Server's signature

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S., Ste. 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., )
)
)
)
_____ )
*Plaintiff(s)* )
v. )
Sargeant Daniel Thau et al. )
)
)
_____ )
*Defendant(s)* ) | Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Eric Waldo
> United States Capitol Police
> 119 D Street, NE
> Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Eric Waldo

was received by me on *(date)*   April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   USPS certified mail /return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024          _____
                                    *Server's signature*

                              Dana Arbuckle
                                  *Printed name and title*


                    253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Edward Jacob Lang et al., )
)
)
)
_____ )
*Plaintiff(s)* )
v. )    Civil Action No.  1:24-cv-00295-DLF
)
Sargeant Daniel Thau et al. )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas Loyd
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 4/2/2024 _____        /s/ Michele M. Grady
                                            _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Thomas Loyd

was received by me on *(date)*   April 4, 2024.

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* USPS certified mail /return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   April 5, 2024

_____
Dana Arbuckle
*Server's signature*

_____
Dana Arbuckle
*Printed name and title*

253 Tamiami Trails, Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br>_Plaintiff(s)_ <br> v. <br> Sargeant Daniel Thau et al. <br><br><br>_Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:24-cv-00295-DLF |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

      Bryant Williams
      United States Capitol Police
      119 D Street, NE
      Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Stefanie L. Lambert, Esq.
      400 Renaissance Ctr., Fl. 26
      Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024                 /s/ Michele M. Grady

                                       _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Bryant Williams

was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS certified mail /return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024         _____
                                          *Server's signature*

                                          Dana Arbuckle
                                          *Printed name and title*

                                          253 Tamiami Trail S Ste 120 Nokomis, FL 34275
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

       Michael Leroy Byrd
       United States Capitol Police
       119 D Street, NE
       Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Stefanie L. Lambert, Esq.
       400 Renaissance Ctr., Fl. 26
       Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024



/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lt. Michael Leroy Byrd

was received by me on *(date)* April 4, 2024 .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS certified mail/return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 5, 2024

_____
Server's signature

Dana Arbuckle
Printed name and title

253 Tamiami Trail S., Ste 120 Nokomis, FL 34275
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Edward Jacob Lang et al.,

)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

Civil Action No.  1:24-cv-00295-DLF

Sargeant Daniel Thau et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Thomas A. Dibiase
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Thomas A. Dibiase

was received by me on *(date)*   April 4, 2024 .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   USPS certified mail/return receipt


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024          _____
                                     *Server's signature*

                              Dana Arbuckle
                              *Printed name and title*


                    253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br><br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James W. Joyce
United States Capitol Police
119 D Street, NE
Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stefanie L. Lambert, Esq.
400 Renaissance Ctr., Fl. 26
Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    James W. Joyce

was received by me on *(date)*    April 4, 2024.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS certified mail/return receipt


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024       _____
                                         *Server's signature*

                                    Dana Arbuckle
                                    *Printed name and title*


                    253 Tamiami Trail S, Ste 120 Nokomis, FL 3427?
                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Sargeant Daniel Thau et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

       William Robert Norwood
       United States Capitol Police
       119 D Street, NE
       Washington, DC  20510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Stefanie L. Lambert, Esq.
       400 Renaissance Ctr., Fl. 26
       Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

          /s/ Michele M. Grady

          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   William Robert Norwood

was received by me on *(date)*   April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   USPS certified mail / return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024            _____
                                             *Server's signature*

                                   Dana Arbuckle
                                   _____
                                             *Printed name and title*

                                   253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
                                   _____
                                             *Server's address*

Additional information regarding attempted service, etc:

                                   /s/ MMichele M. Grady

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 1:24-cv-00295-DLF |
| Sargeant Daniel Thau et al. | ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

> Jason Bagshaw
> Washington D.C. Headquarters
> 2235 Shannon Place SE
> Suite 3040,
> Washington DC 20020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Stefanie L. Lambert, Esq.
> 400 Renaissance Ctr., Fl. 26
> Detroit, MI 48243-1502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  4/2/2024

/s/ Michele M. Grady

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Jason Bagshaw

was received by me on *(date)*   April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  USPS certified mail / return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
Server's signature

Dana Arbuckle
Printed name and title

253 Tamiami Trail S, Ste 120 Nokomis, FL 34275
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Edward Jacob Lang et al., <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Sargeant Daniel Thau et al. <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  1:24-cv-00295-DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Robert Glover
        Metropolitan Police Department
        441 4th Street NW
        7th Floor
        Washington, DC 20001

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stefanie L. Lambert, Esq.
        400 Renaissance Ctr., Fl. 26
        Detroit, MI 48243-1502

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/2/2024
       _____        /s/ Michele M. Grady
                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-00295-DLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sargeant Robert Glover

was received by me on *(date)*  April 4, 2024 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  USPS certified mail/return receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  April 5, 2024

_____
*Server's signature*

Dana Arbuckle
*Printed name and title*

253 Tamiami Trail S Ste 120 Nokomis, FL 34275
*Server's address*

Additional information regarding attempted service, etc: