# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD JACOB LANG, et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DANIEL THAU,**<br>**Sergeant, Metropolitan Police**<br>**Department, et al.,**<br><br>**Defendants.** | **Civil Action No. : 1:24-CV-00295-DLF** |

## ORDER

AND NOW, this __ day of May, 2024, upon consideration of Plaintiffs' Motion to Reinstate Complaint, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.  The complaint filed by Plaintiffs on January 5, 2024 is hereby reinstated.