AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| EDWARD JACOB LANG, ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-CV-00295-DLF |
| SARGEANT DANIEL THAU, ET AL. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFFS, EDWARD JACOB LANG, ET AL.                                                                 .

Date:   05/15/2024                                        /S/ STEFANIE LAMBERT
                                                                      *Attorney's signature*

                                                        STEFANIE LAMBERT (BAR NO. MI0103)
                                                                      *Printed name and bar number*
                                                            400 RENAISSANCE CENTER, FLOOR 26
                                                                                DETROIT, MI
                                                                                48243-1502

                                                                                    *Address*

                                                        ATTORNEYLAMBERT@PROTONMAIL.COM
                                                                                *E-mail address*

                                                                             (313) 410-6872
                                                                            *Telephone number*

                                                                                *FAX number*