UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD JACOB LANG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DANIEL THAU,<br>Sergeant, Metropolitan Police Department, et al.,<br><br>    Defendants. | Civil Action No. : 1:24-CV-00295-DLF |

## JOINT STATUS REPORT

Pursuant to Judge Dabney L. Friedrich's May 13, 2024 Minute Order (the "May 13 Order"), Plaintiffs Jake Lang, et al, hereby submit this Joint Status Report.[1]

1. On January 5, 2024, Plaintiffs, Jake Lang, and others, filed a pro se complaint for civil rights violations against the Defendants.

2. On January 9, 2024, Plaintiffs filed an *amended complaint*, also pro se.

3. Plaintiffs then sought leave to file a Second Amended Complaint, pro se, which was granted, and the complaint was filed on February 6, 2024.

4. An affidavit DocuSigned by William Robert Norwood dated January 8, 2024, was filed with the pro se Second Amended Complaint on February 5, 2024.

5. Lead pro se Plaintiff Jake Lang was incarcerated and placed into solitary confinement after filing his complaint.

---

[1] Per the Court's instruction, the Plaintiffs submit this Joint Status Report informing the Court that counsel is unaware of how Mr. Norwood's name and signature came to appear on an affidavit nor is counsel aware of whether this problem also affects other plaintiffs in this case.

6.   Lead pro se Plaintiff Jake Lang secured counsel before the deadline to serve Defendants in April 2024, which was after the filing of Mr. Norwood's signed affidavit.

7.   At the direction of lead pro se Plaintiff Jake Lang, counsel ensured that service was effectuated as of or before the May 6 deadline previously established by the Court.

8.   On May 6, 2024, undersigned counsel filed a Notice of Appearance, and then a corrected Notice of Appearance on May 15, 2024 in compliance with this Court's May 13 Order.

9.   On May 13, 2024, plaintiff's counsel was first informed that Mr. Norwood's attorney contended her client had not signed the affidavit in this case, which was memorialized in Judge Dabney L. Friedrich's May 13, 2024 Minute Order.

10.   Previous to this, undersigned counsel was unaware of any problems surrounding Mr. Norwood's affidavit upon taking the case, nor does counsel know how Mr. Norwood's name and signature came to appear on an affidavit.  Counsel was unaware of any problems surrounding other plaintiffs, nor is counsel currently aware of any problems affecting other plaintiffs in the case.

11.   On May 19, 2024, in every effort to ensure due diligence was exercised, counsel drafted a letter to contact all Plaintiffs to determine whether and to what extent they have signed the original pro se pleadings and wish to continue as plaintiffs in this litigation. *See* Exhibit A.

12.   Undersigned will begin sending these letters and attached verification forms referred to therein tomorrow, May 21, 2024.

Respectfully submitted,

/S/ Stefanie Lambert
STEFANIE LAMBERT (BAR NO. MI0103)
400 RENAISSANCE CENTER, FLOOR 26
DETROIT, MI 48243-1502
ATTORNEYLAMBERT@PROTONMAIL.COM
(313) 410-6872

Dated:  May 20, 2024