# EXHIBIT A

Stefanie L. Lambert, Esq.
The Law Office of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com
(313) 410-6872

May 19, 2024

[Plaintiff's Name]
Post Office Box 485
Narrowsburg, NY 12764

Re:   Verification of Participation and Continuation in *Lang v Thau*, Civil Action No.: 1:24-CV-00295-DLF, United States District Court for the District of Columbia

Dear [Plaintiff's Name],

I am Stefanie Lambert, the attorney of record who has taken over your pro se civil rights and discrimination case, *Lang v Thau*, Civil Action No.: 1:24-CV-00295-DLF.  I filed an appearance on May 6, 2024. As your attorney, I am writing to you regarding two critical issues that require your attention and response.

**Verification of Original Pro Se Pleadings:**

Since you are listed as a Plaintiff in this action, we would like to confirm your involvement in and agreement to participate as a plaintiff in the original complaint and/or subsequent amended complaints in the above referenced civil action.  Your confirmation on this matter is essential to ensure the integrity and accuracy of our case documentation.  Specifically, we need to ascertain whether you personally signed the original complaint or amended complaints and understood the contents and implications of the documents at the time of filing.

**Continuation as a Plaintiff in the Litigation:**

As we move forward, it is crucial to determine your intentions regarding continued participation in this litigation. Your decision to remain a plaintiff will impact our strategy and the overall progression of the case. Please indicate whether you wish to continue as a plaintiff. If you choose to withdraw from the case, we will respect your decision and take the necessary steps to formally remove you as a plaintiff from the case.

**Required Action**

Please take the following actions at your earliest convenience:

1. **Review the Attached Verification Form:** Enclosed with this letter is a Verification Form. Please review the form carefully and provide accurate responses regarding your involvement with the original pro se pleadings. If there are any discrepancies or concerns, do not hesitate to contact me directly to discuss them.

1

2. **Indicate Your Decision:** The form also includes a section for you to indicate whether you wish to continue as a plaintiff in this case. Please mark the appropriate option, sign, and date the form.

3. **Return the Form:** Once completed, please return the form to my office within 14 days of receipt. You can return it via mail or email, as per the instructions provided on the form.

If you have any questions or require further clarification regarding any aspect of this letter or the enclosed form, please do not hesitate to reach out to me. Your prompt response is greatly appreciated and will assist in the effective management of our case.

Thank you for your attention to this important matter. I look forward to your timely response and to continuing our efforts toward a successful resolution of this case.

Sincerely,

Stefanie Lambert (BAR NO. MI0103)
The Law Office of Stefanie L. Lambert, PLLC
400 RENAISSANCE CENTER, FLOOR 26
DETROIT, MI 48243-1502
ATTORNEYLAMBERT@PROTONMAIL.COM
(313) 410-6872


Enclosure: Verification Form

## Verification Form

*Lang v Thau*, Civil Action No.: 1:24-CV-00295-DLF

Plaintiff Information:

| Plaintiff Name | Signature | Date Signed |
|---|---|---|
| [Plaintiff Name] | | |

### Section 1: Verification of Original Pro Se Pleadings

Please indicate below whether you personally signed the original pro se pleadings filed in this case and whether you understood the contents and implications of the documents at the time of filing.

| Plaintiff Name | Signed Original Pleadings | Understood Contents |
|---|---|---|
| [Plaintiff Name] | -- Yes  -- No | -- Yes  -- No |

If there are any discrepancies or concerns regarding the original pleadings, please detail them below or contact Stefanie L. Lambert directly:

_____
_____
_____

### Section 2: Decision on Continuation as Plaintiff

Please indicate your decision regarding the continuation of your participation in this litigation.

| Plaintiff Name | Wish to Continue | Signature | Date Signed |
|---|---|---|---|
| [Plaintiff Name] | -- Yes  -- No | | |

### Instructions for Returning the Form

Please complete and return this form within 14 days of receipt. You can return the form via:

**Mail:**                                                                 **Email:**

Stefanie L. Lambert, Esq.                                                 attorneylambert@protonmail.com
The Law Office of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243

If you have any questions or require further clarification, please contact me via email or at the following address / phone number:

The Law Office of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
(313) 410-6872