Exhibit A

| | | Compl. (ECF No. 1) | Am. Compl. (ECF No. 2) | Mot. for Joinder (ECF No. 4) | 2d Am. Compl. (ECF No. 5) |
|---|---|---|---|---|---|
| Zachary Jordan | Alam | X | X | | X |
| Christopher | Alberts | X | X | | X |
| William F | Beals II | | | X | X |
| James | Beeks | X | X | | X |
| Joseph | Biggs | | X | | |
| Gina | Bisignano | X | X | | X |
| Ethan | Bray | X | X | | |
| James | Brett | X | X | | X |
| Jeffrey Scott | Brown | | X | | |
| Trevor Andrew | Brown | | | X | X |
| Donald | Chilcoat | | X | | X |
| Shawndale | Chilcoat | | X | | X |
| Eric | Clark | X | X | | X |
| Luke | Coffee | | | X | X |
| Elias | Costianes | | | X | X |
| Michael Thomas | Curzio | | | | X |
| Nathan | DeGrave | | | X | X |
| Robert William | DeGregoris | | | X | X |
| Joshua | Doolin | | X | | X |
| Michael | Eckerman | | | | X |
| Michael D | Ennis | | | | X |
| Albert | Evangelista | X | X | | |
| Cindie | Evangelista | X | X | | |
| Treniss | Evans | | | X | |
| Scott | Fairlamb | | | X | X |
| Gilbert | Fonticoba | X | X | | X |
| Gabriel | Garcia | X | X | | X |
| Raechel | Genco | | X | | |
| Couy | Griffin | | | X | X |
| Peter | Harding | X | X | | X |
| Angel R | Harrelson | | | X | X |
| Kenneth T | Harrelson | | | | X |
| Donald | Hazard | X | X | | X |
| Albuquerque | Head | | | X | X |
| Jenni | Heinl | | | | X |
| Michelle | Helminen | | | X | X |

| | | Compl. (ECF No. 1) | Am. Compl. (ECF No. 2) | Mot. for Joinder (ECF No. 4) | 2d Am. Compl. (ECF No. 5) |
|---|---|---|---|---|---|
| Sean | Henry | | | X | X |
| Suzanne | Ianni | | X | | X |
| Tanlui | Ip | | | X | X |
| David | Judd | | X | | X |
| James | Justice | | X | | |
| Marc | Kaplan | | | | X |
| Derek | Kinnison | | | X | X |
| Matthew Thomas | Krol | | X | | |
| Trisha | Lacount | X | X | | X |
| Edward Jacob | Lang | X | X | | X |
| Ernesto | Martinez, Jr. | | | X | X |
| Suzan | McClain | | X | | X |
| James | McGrew | | X | | X |
| Sean | McHugh | | | | X |
| Jalise | Middleton | | | X | X |
| Mark | Middleton | | | X | X |
| Robert | Minuta | X | X | | |
| Daniel Michael | Morrissey | | | X | X |
| Henry | Muntzer | X | X | | X |
| Rachel | Myers | X | X | | X |
| Ethan | Nordean | | X | | |
| William Robert | Norwood | | | X | X |
| Ronald | Palentchar | | | X | X |
| Brittany | Perkins | | | X | X |
| Dominick | Pezzola | | X | | |
| Rachel | Powell | X | X | | X |
| Zachary | Rehl | | X | | X |
| Jorge | Riley | | X | | |
| Jesse | Rumson | | | | X |
| Rally | Runner | | X | | X |
| Ryan | Samsel | X | X | | |
| Roland | Sandlin | X | X | | X |
| Barton | Shively | X | X | | X |
| Nancy Eloise | Singletary | | | X | X |
| Lewis Wayne | Snoots | | | | X |
| Jeremy | Sorvisto | | | | X |

| | | Compl. (ECF No. 1) | Am. Compl. (ECF No. 2) | Mot. for Joinder (ECF No. 4) | 2d Am. Compl. (ECF No. 5) |
|---|---|---|---|---|---|
| Peter | Stager | X | X | | X |
| Isaac | Sturgeon | X | X | | X |
| Traci | Sunstrum | | X | | X |
| Douglas A | Sweet | | | | X |
| George Pierre | Tanios | | | X | X |
| Tyler | Tew | | | | X |
| Isaac | Thomas | X | X | | X |
| Alaina | Trocano | | | X | X |
| David | Valentine | | | | X |
| Hector | Vargas | X | X | | X |
| Erik Scott | Warner | | | X | X |
| Jesse | Watson | | | | X |
| Sean David | Watson | | | | X |
| Tucker | Weston | | | | X |
| K. Nicole | Wilson | | | | X |
| Jared Lane | Wise | | | | X |
| Jeffrey Shane | Witcher | | | | X |
| Cindy Lou | Young | X | X | | X |