# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EDWARD JACOB LANG, ET AL.
_____
Plaintiff

vs.   Civil Action No. 1:24-CV-00295-DLF

SARGEANT DANIEL THAU, ET AL.
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 19TH day of AUGUST, 20 24, that

PLAINTIFFS, EDWARD JACOB LANG, ET AL.

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 19TH day of JUNE, 20 24

in favor of DEFENDANTS, SARGENT DANIEL THAU, ET AL.

against said PLAINTIFFS.

STEFANIE LAMBERT (MI0103)
_____
Attorney or Pro Se Litigant
400 RENAISSANCE CENTER, FLOOR 26
DETROIT, MI
48243-1502

Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated: