# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-5192**                                                     **September Term, 2024**

**1:24-cv-00295-DLF**

**Filed On: April 22, 2025** [2112136]

Edward Jacob Lang, et al.,

      Appellants

      v.

Daniel Thau, Sargeant, Metropolitan Police Department, et al.,

      Appellees

## M A N D A T E

    In accordance with the order of February 25, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk

Link to the order filed February 25, 2025